**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| INNOVATION SCIENCES, LLC, 5800 LEGACY CIRCLE, SUITE 311 PLANO, TEXAS 75024. <div align=right>Plaintiff,</div><br>v.<br><br>JOHNSON CONTROLS INTERNATIONAL PLC, ONE ALBERT QUAY, CORK, IRELAND T12 X8N6,<br><br>and<br><br>JOHNSON CONTROLS, INC., d/b/a Tyco Integrated Security d/b/a DSC (Digital Security Controls) d/b/a Visonics Security d/b/a Bentel Security 6600 CONGRESS AVENUE BOCA RATON FLORIDA 33487<br><br>Defendants.<div align=right>Defendants.</div> | Case No.<br><br>9:26-cv-80697 |

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Innovation Sciences, LLC ("Innovation Sciences") files this Complaint against

Defendants Johnson Controls International PLC and Johnson Controls, Inc. (collectively,

"Johnson Controls") for infringement of United States Patent Nos.

> 10,136,179;
> 10,469,898;
> 11,109,094; and
> 12,634,129

(the "Patents-in-Suit"), and alleges as follows.

1

**NATURE OF THE ACTION**

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 et seq.

**THE PARTIES**

2.      Plaintiff Innovation Sciences is a limited liability company organized under the laws of Texas and has a principal place of business at 5800 Legacy Circle, Suite 311, Plano, Texas 75024.

3.      On information and belief, Defendant Johnson Controls International PLC is a public limited company organized and existing under the laws of Ireland, having a principal place of business at One Albert Quay, Cork, Ireland T12 X8N6, and doing business throughout the United States, including in this judicial district.

4.      On information and belief, Defendant Johnson Controls, Inc. is a corporation organized and existing under the laws of Wisconsin, having a regular and established  place of business at 6600 Congress Avenue, Boca Raton, Florida 33487 which is the primary corporate location for Johnson Controls security products, having integrated Tyco Security, DSC, Visonics and Bentel brands at that location.  On information and belief, this facility houses Johnson Controls security product operations, including development, sales, support, distribution, and personnel who manage the Accused Products and Services.

5.      Johnson Controls does business throughout the United States, including in this judicial district.

6.      On information and belief, Defendants, imported, sold and offered to sell the Accused Products and Services throughout the State of Florida, including in this judicial district, as well as throughout the United States, and introduced products and services that perform

2

infringing processes into the stream of commerce knowing that they would be used, offered for sale, or sold in this judicial district and elsewhere in the United States.

## ACCUSED INSTRUMENTALITIES

7.     On information and belief, Defendants made, used, offered for sale, sold, and/or imported into the United States at least the accused products and services including but not limited to the following (collectively, the "Accused Products and Services"):

8.     On information and belief, Johnson Controls, Inc. develops, markets, sells, imports, distributes, supports, and operates products under the  Illustra  brand, including the Illustra Pro Gen4 series of video cameras.

9.     On information and belief, Johnson Controls, Inc. develops, markets, sells, imports, distributes, supports, and operates products under the  Qolsys  brand, including the Qolsys IQ Panel 4, IQ Panel 5, IQ Hub, and IQ Pro security panels.

10.     On information and belief, Johnson Controls, Inc. develops, markets, sells, imports, distributes, supports, and operates products under the  DSC  brand, including the DSC PowerSeries Neo and PowerSeries Pro security panels.

11.     On information and belief, Johnson Controls, Inc. develops, markets, sells, imports, distributes, supports, and operates the  WRG1830 + ZFR183x Pro Wireless Field Bus System  and  TEC 3000 Series Thermostats  for building automation.

12.     The following is a list of identified infringing products which alone, or in combination infringe one or more of the claims of the patents in suit by comprising an infringing device and/or system and/or practicing a claimed method:

A. Security Panels and Hubs

- Qolsys IQ Panel 5 (7" touchscreen, Android 14, PowerG+, Z-Wave Long Range)
- Qolsys IQ5 Hub (7" touchscreen, same connectivity, no built-in camera)
- Qolsys IQ5 NS (No Screen) (screenless panel)
- Qolsys IQ Panel 4 (7" touchscreen, Android 9, PowerG, Z-Wave Plus)
- Qolsys IQ4 Hub (7" display, no camera)
- Qolsys IQ4 NS (No Screen) (screenless panel)
- Qolsys IQ Pro (Legacy) (7" touchscreen)
- DSC PowerSeries Neo 5 (hybrid wired/wireless, PowerG+)
- DSC PowerSeries Neo (HS2016, HS2032, HS2064, HS2128)
- DSC PowerSeries Pro (HS3032, HS3128, HS3248)
- DSC IQ Pro (professional security panel)
(Bentel)
ABS - ABSOLUTA PLUS
M-IN/OUT - Input/Output Expander
ABS-IP - LAN/WAN Communication Board
KYO320 - Expandable Hybrid Control Panel
KYO8GW - Expandable Hybrid Control Panel
KYO8W - Expandable Hybrid Control Panel
KYO4 - Expandable Hybrid Control Panel
(Visonic)
PowerMaster-10 G2 - PowerG Compact Wireless Security and Safety System
PowerMaster-30 G2 - PowerG Professional Wireless Security System
PowerMaster-360 - Security, safety and smart home gateway.
PowerMaster-360R - PowerG Modern Wireless Alarm and Home Automation Gateway
(DSC)
Alexor 2-Way Wireless Panel PC9155
PowerSeries Control Panel PC1616 PC1616
PowerSeries Control Panel PC1832 PC1832
PowerSeries Control Panel PC1864 PC1864
MAXSYS Control Panel PC4020
IMPASSA Self-Contained 2-Way Wireless Security System SCW9057
iotega iotega WS900x
PowerSeries Pro Grade 3
PowerSeries Pro Grade 3
PowerSeries Pro HS3032 / HS3128 / HS3248
IQ Pro Security Control Panel
IQPR001M


B. Video Cameras (Illustra Series)

- Illustra Pro Gen4 Bullet (2MP – 8MP, AI object recognition)
- Illustra Pro Gen4 Mini-Dome (2MP – 8MP, vandal-resistant)
- Illustra Pro Gen4 Compact Mini-Dome (2MP – 8MP)

4

- Illustra Pro Gen4 Corner (2MP – 8MP)
- Illustra Pro Gen4 Multisensor (360° panoramic)
- Illustra Pro Gen4 IR PTZ Outdoor (2MP, 30x optical zoom)
- Illustra Pro Gen4 PTZ Indoor (2MP, 30x optical zoom)
- Illustra Pro Gen4 Fisheye LT (5MP)
- Illustra Flex Gen4 Indoor Mini-Dome (5MP)
- Illustra Flex Gen4 Outdoor Mini-Dome (5MP)
- Illustra Flex Gen4 Compact Dome (5MP)
- Illustra Flex Gen4 Bullet (5MP)
- Illustra Flex Gen4 Dual Sensor
- Illustra Essentials Gen4 Series (all models)
- Illustra Pro 30x PTZ (2MP)
- Illustra Pro Thermal EST (5MP visible + thermal)
- Illustra Edge (integrated exacqVision VMS)
(Visonic)
Next CAM PG2 - PowerG Wireless PIR Motion Detector with Integrated Camera
PowerG + Indoor PIR - Indoor Motion Detector with built in camera
TOWER CAM PG2 - PowerG Wireless Outdoor Mirror PIR Motion Detector and Integrated Camera
(DSC)
720P HD (1MP) IP Security Camera SN-629F1
720P HD (1MP) IP Security Camera - SN-629F1
720P HD (1MP) IP Security Camera SN-750EF1
720P HD (1MP) IP Security Camera - SN-750EF1
720P HD (1MP) IP Security Camera - SN-631PT1
720P HD (1MP) IP Security Camera - SN-631PT1


 C. Sensors and Detectors

- PowerG+ Indoor PIR Cam (PGP8914)
- PowerG+ Indoor Motion PIR
- PowerG+ Door/Window Contact with Auxiliary Input
- PowerG+ Vanishing Door/Window Contact
- PowerG+ Glass Break Detector
- PowerG+ Water Tile with Freeze Detection (PGP9986)
- PowerG+ Smoke/Heat Detector
- PGx934P (PIR Motion Detector with Camera)
- PGx944 (Outdoor PIR Motion Detector with Camera)
- PGx924 (Curtain PIR Motion Detector)
- PGx974P (Mirror Optic PIR Motion Detector)
- PGx984P (Dual Technology PIR & MW Motion Detector)
- PGx303 (Door/Window Contact)
- PGx307 (Recessed Contact)
- PGx312 (Outdoor Magnetic Contact with Auxiliary Input)
- PGx309 (Magnetic Contact with Auxiliary Input)

- PGx945 (Door/Window Contact with Auxiliary Input)
- PGx862 (360° Ceiling-mount PIR Detector)
- PGx872 (360° Long Range Ceiling-mount PIR Detector)
- PGx994 (Outdoor PIR Motion Detector)
- PGx902 (Outdoor Curtain PIR Detector)
- PGx936 (Smoke and Heat Detector)
- PGx933 (CO Detector)
- PGx922 (Glass Break Detector)
- PGx985 (Flood Detector)
- PGx929 (4-Button Key)
- PGx938 (Panic Key)
- PGx949 (2-Button Key)
- PGx939 (4-Button Key)
- PGx905 (Temperature Detector)
- PGx901 (Indoor Siren)
- PGx911 (Outdoor Siren)
- PGx920 (Wireless Repeater)
- DWS-LL (Long Life Door/Window)
- RE601/RE622 (Standard Door/Window)
- RE611P (Indoor Motion Pet Immune)
- RE614 (Smoke Detector)
- RE615 (Carbon Monoxide Detector)
- RE617 (Heat Detector)
- RE629 (Glass Break Detector)
(Bentel)
BMD-707 - Wired 8 PIR Outdoor Detector
BMD501 - Digital PIR Detector with Pet Immunity
IR360 - Ceiling-mount PIR Detector
GB08 - Framed-glass Shatter Detector
RAY - Outdoor Barrier for Long-range Protection
(Visonic)
Clip PG2 - PowerG PIR Curtain Motion Detector
FLD-550 PG2 - PowerG enabled wireless flood detector
ioXpander 2x2 - PowerG + Input/Output Module
MC-302E PG2 - PowerG Wireless Door/Window Contact with Wired Input
MC-303 PG2 - PowerG Wireless Door/Window Magnetic Contact
MC-309 PG2 - PowerG Commercial Door/Window Contact
MC-312 PG2 - PowerG Wireless Outdoor Magnetic Contact with Auxiliary Input
MP-802 PG2 - PowerG Wireless Digital Pet Immune PIR Motion Detector
MP-862 PG2 - PowerG 360° Ceiling-mount PIR Detector
MP-872 PG2 - PowerG Long Range 360° Ceiling-mount PIR Detector
MP-902 PG2 - PowerG Wireless Outdoor Curtain PIR Detector
PB-102 PG2 - PowerG Wireless Panic Button
PGPx986 (PGP9986, PGP8986) - PowerG + Water Tile with Freeze Detection
RP-600 PG2 - PowerG Wireless Repeater
SD-304 PG2 - PowerG, Wireless Shock and Contact Detector with Wired Input

SMD-429 PG2 - PowerG Wireless Smoke & Heat Detector
SMD-976 PGP - PowerG + Wireless Smoke/Heat Detector
SR-740 PG2 - PowerG Wireless Outdoor Siren
TMD-560 PG2 - PowerG-enabled two-way wireless temperature detector
TOWER-30AM PG2 - Wireless mirror detector for commercial installations and large residences.
TOWER-32AM PG2 - Mirror Dual-Technology Detector with Anti-masking.
(DSC)
Bravo® PIR Motion Detectors - BV-201;  BV-300; BV-500; BV-501; BV-502; BV-600
Bravo® 6 Twin, Dual-Element, Pet-Immune PIR Motion Detectors - BV-601
Bravo® 6 Twin, Dual-Element, Pet-Immune PIR Motion Detectors - BV-602
PIR Detector with Pet Immunity - LC-100-PI
PIR Detector with Pet Immunity - LC-120-PI
Dual Technology Motion Detector with Pet Immunity - LC-103-PIMSK-W, LC-104-PIMW & LC-124-PIMW
Dual-Tech Outdoor Motion Sensor (Double PIR & Microwave) with Pet Immunity - LC-171
Bravo® 5 360° Ceiling-Mount PIR Motion Detectors - BV-500GB, BV-501GB, BV-502GB
Acuity® Glassbreak Detectors - AC-100
Acuity® Glassbreak Detectors - AC-101
Acuity® Glassbreak Detectors - AC-102
Acuity® Glassbreak Detectors - AC-500
Wired Photoelectric Smoke Detectors - FSA-210
Wired Photoelectric Smoke Detectors - FSA-410
Addressable Passive Infrared Detector - AMB-300
Addressable Ceiling-Mount Passive Infrared Detector - AMB-500
Addressable Pet-Immune Passive Infrared Detector - AMB-600
Addressable Contact Modules - AMP-700
Addressable Contact Modules - AMP-701
Addressable Contact Modules - AMP-702
Addressable Contact Modules - AMP-704
FSB-210 Series Addressable Photoelectric Smoke Detectors (without Heat Sensor) - FSB-210B
Series Addressable Photoelectric Smoke Detectors (with Heat Sensor) – Fixed Heat With Rate Of Rise (rate of rise feature not UL listed) - FSB-210BT
Digital Bravo® 300 PIR Motion Detectors BV-300 - BV-300D
Digital Bravo® 300 PIR Motion Detectors BV-300 - BV-300DP
Wireless PowerG Glass Break Detector - PG9912
Encore PIR Motion Detectors - EC300D
Encore PIR Motion Detectors - EC300DP
Encore PIR Motion Detectors - EC301D
Encore PIR Motion Detectors - EC301DP
Shock Sensor - SS-102
Loop Isolator Module - AML-770B
Loop repeater/isolator Module - AMX-400
Wireless PowerG Door/Window Contact - PG9975
Wireless PowerG Door/Window Contact with Auxiliary Input - PGx945 (PG9945; PG4945; PG8945)

Wireless PowerG PIR Motion Detector - PG9904P

Wireless PowerG Smoke Detector - PG9926

PG9916 Wireless PowerG Smoke and Heat Detector - PG9916

Wireless PowerG CO Detector - PG9913

Wireless Photoelectric Smoke Detector - WS4936

FSB-210 Series Addressable Photoelectric Smoke Detectors - FSB-210

Wireless Carbon Monoxide Detector - WS4933

PowerG Wireless Door/Window Vanishing Magnetic Contact - PGx303 (PG9303, PG8303, PG4303)

PowerG Photoelectric Beam Detector (PG9200AX and PG9350SL) - PG9200AX and PG9350SL

PIR Motion Detector with Pet Immunity - LC-200

PIR Motion Detector with Pet Immunity - LC-200S

PIR Motion Detector with Pet Immunity - LC-204

PIR Motion Detector with Pet Immunity - LC-203

Glassbreak sensor - LC-205

MX916 - MX Smoke/Heat Detector - MX916

MX862 - MX Ceiling Mount PIR - MX862

MX922 - MX Glass-Break - MX922

MX926 - MX Smoke Detector - MX926

MX936 - MX Heat Detector - MX936

MX974 - MX PIR with Pet Immune - MX974

MX975 - MX Door/Window Contact - MX975

MXBASE - MX Base - MXFBASE

PowerG Wireless Heat Detector - PG9936H

MX Universal Input - MX975I

PIR Motion Detector with Pet Immunity - LC-224

PGPx934P PowerG + Indoor Pir Cam - PGPX934P (PGP9934P, PGP8934P)

PGPx922 PowerG + Glass Break Detector (PGP9922) - PGPx922 (PGP9922)

PGPx303 PowerG + Vanishing Door/Window Magnetic Contact (PGP9303, PGP8303) - PGPX303 (PGP9303, PGP8303)

PGPx914 PowerG + Indoor Motion PIR (PGP9914, PGP8914) - PGPx914 (PGP9914, PGP8914)

PGPx920 PowerG + Wireless Repeater (PGP9920) - PGPx920 (PGP9920)

PGPx945E PowerG + Door/Window Magnetic Contact with Auxiliary Input (PGP9945E, PGP8945E) - PGPx945E (PGP9945E, PGP8945E)

PowerG + Water Tile with Freeze Detection PGPx986 (PGP9986, PGP8986) - PGPx986

PGPx976 PowerG + Wireless Smoke/Heat Detector - (PGP9976, PGP8976)

PGPx979 PowerG + Wireless Heat Detector - (PGP9979, PGP8979)

PowerG + Input/Output Module PGP-IOx - (PGP-IO9, PGP-IO8)


 D. Software and Applications

- Alarm.com mobile app
- ConnectAlarm app
- IQ Installer app

- IQ Remote application
- IQ with PowerManage platform
- Illustra Tools mobile app (iOS/Android)
(Bentel)
ABSOLUTA APP - Application for Smartphones
BLE-320 - Universal Dual Path Communicator

 E. Keypads and Control Interfaces

- HS2TCHPRO Touchscreen Keypad (7")
- HS2LCD Series Keypads
- IQ Remote-PG (secondary 7" touchscreen)
- Slimline Touchpad (PRO)
- Proximity Tags (MPT)
(Bentel)
ABSOLUTA T-BLACK - Keypad
M-TOUCH - TouchScreen Keypad
ABSOLUTA T-WHITE - Keypad
PREMIUM LCD - Keypad
CLASSIKA LCD - Keypad
CLASSIKA LED – Keypad
(Visonic)
KP-241 PG2
PowerG Wireless Portable Keypad
KP-250 PG2
PowerG Wireless Two-way Keypad
(DSC)
PowerSeries Pro Hardwired Touchscreen Keypad 7 inch with Prox Support in Black or White
- HS2TCHPRO / HS2TCHPRO (BLK)
LCD5500Z
Hardwired Full Message LCD keypad for PowerSeries Pro with optional PowerG transceiver
- HS2LCDPRO / HS2LCDPROENG* / HS2LCDRFPRO9**
PowerG Wireless Full Message LCD 2-Way Keypad with optional Voice Prompting -
HS2LCDWFPRO9 / HS2LCDWFPRO9ENG* / HS2LCDWFVPRO9ENG* / **
PowerSeries 64-Zone LCD Full-Message Keypad with Built-In Wireless Receiver - RFK5564
2-Way Wireless Wire-Free Keypad - WT5500
PowerSeries 64-Zone LCD Full-Message Keypad - PK5500
PowerSeries 64-Zone LCD Full-Message Keypad with Built-In Wireless Receiver - RFK5500
PowerSeries 64-Zone LCD Picture Icon Keypad - PK5501
PowerSeries 64-Zone LCD Picture Icon Keypad with Built-In Wireless Receiver - RFK5501
PowerSeries 16-Zone LED Keypad - PK5516
PowerSeries 16-Zone LED Keypad with Built-In Wireless Receiver - RFK5516
PowerSeries 64-Zone Icon LCD Keypad - LCD5511
PowerSeries 8-Zone LED Keypad - PK5508
PowerSeries 8-Zone LED Keypad with Built-In Wireless Receiver - RFK5508
PowerSeries 8-Zone LED Keypad LED5511Z - LED5511Z

9

MAXSYS Programmable-Message LCD Keypad - LCD4501
PowerSeries TouchScreen Security Interface - PTK5507
Full Message LCD Hardwired Keypad - HS2LCD
Full Message LCD Hardwired Keypad With Prox Support - HS2LCDP
Full Message LCD Hardwired Keypad With Built-in PowerG Transceiver - HS2LCDRF9
Full Message LCD Hardwired Keypad With Built-in PowerG Transceiver & Prox Support -
HS2LCDRFP9
ICON Hardwired Keypad - HS2ICN
ICON Hardwired Keypad with Prox Support - HS2ICNP
ICON Hardwired Keypad with Built-in PowerG Transceiver - HS2ICNRF9
ICON Hardwired Keypad with Built-in PowerG Transceiver & Prox Support - HS2ICNRFP9
Wireless Full Message LCD PowerG 2-Way Wire-Free Keypad - HS2LCDWF9
Wireless Full Message LCD PowerG 2-Way Wire-Free Keypad with Prox Support -
HS2LCDWFP9
PowerSeries Neo 7 inch Hardwired TouchScreen Keypad with Prox Support - HS2TCHP
2-Way Wireless TouchScreen Arming Station - WTK5504


 F. Communications and  Field Bus Systems

- WRG1830 Wireless Gateway
- ZFR183x Pro Series Wireless Field Bus System
- ZFR1831 Wireless Router
- WRZ Series Wireless Room Sensors
- TEC 3000 Series Thermostats (TEC31xx)
- ZFR1800/ZFR1810 Series
- Metasys Building Automation System(Visonic)
Communicator LTE 868 - LTE Cellular communicator for Power Master Panels
(DSC)
LTE Cellular Alarm Communicator - LE2077
Cellular Universal Wireless Alarm Communicator - LE4010
LE4000 LTE Universal Wireless Alarm Communicator - LE4000E
PowerSeries Pro - LE9080 Cellular Communicator - LE9080
LTE Universal Wireless Commercial Fire Alarm Communicator - LE4010CF
PowerSeries Neo LTE/HSPA/Internet Cellular/Dual Path Alarm Communicator - LE2080(R) /
TL280LE(R)
LTE Extension Kits - LTE-15ANT / LTE-25ANT / LTE-50ANT
HSPA Universal Wireless Alarm Communicator - 3G4000
Cellular Universal Wireless Alarm Communicator - 3G4010
HSPA Universal Wireless Commercial Fire Alarm Communicator - 3G4010CF
Universal Internet Commercial Fire Communicator - TL300CF
Universal Internet Alarm Communicator - TL300
Cellular Alarm Communicator - 3G2080(R)(E)
Internet and HSPA Dual-path Alarm Communicator - TL2803G(R)(E)
Internet Alarm Communicator - TL280(R)(E)
Communicator Remote Mounting Module - PCL-422

Internet and HSPA Dual-Path Alarm Communicator – IMPASSA - TL2553G
Internet and HSPA Dual-path Alarm Communicator - TL2603GR
Internet Alarm Communicator - PowerSeries - TL260R
Internet Alarm Communicator - PowerSeries/Maxsys - TL250
T-Link DVACS* Internet Alarm Communicator (Canada Only) TL250D - PowerSeries/Maxsys - TL250D
Residential Internet Alarm Communicator - PowerSeries - TL150
HSPA Cellular Alarm Communicator - PowerSeries - 3G2060R
HSPA Cellular Alarm Communicator - 3G2055
Internet Alarm Communicator – IMPASSA - TL255
PowerSeries Neo HSPA / CDMA Cellular Alarm Communicator - 3G8080(I) / CD8080(I)
DSC 3G Swap Program - 2G to 3G
PowerSeries Alarm.com System Enhancement Module(HSPA) - ADC-SEM100-PS-TL
PowerSeries Alarm.com System Enhancement Module(LTE) - ADC-SEM110-PS-VZ
PowerSeries Neo LTE/Internet Dual-Path Alarm Communicator - TL880LT / TL880LE
LTE Cellular Alarm Communicator - TL8055LT
PowerSeries Neo LTE/HSPA/Internet Cellular/Dual Path Alarm Communicator - LE2080RX-AT / TL280LERX-AT

13.     On information and belief, the Accused Instrumentalities and other similar, related derivative and alternative Johnson Controls products and services which function in the same manner but differ in model number or description, infringe at least one claim of each of the Patents-in-Suit.

## JURISDICTION AND VENUE

14.     This civil action arises under the Patent Laws of the United States, 35 U.S.C. § 1 et seq. Accordingly, this Court has subject matter jurisdiction under at least 28 U.S.C. §§ 1331 and 1338(a).

15.     This Court has personal jurisdiction over Defendants because Defendants have committed acts of infringement in this District and have a regular and established place of business within this judicial district at 6600 Congress Avenue, Boca Raton, Florida 33487, USA.

16.     On information and belief, the Boca Raton facility  houses Johnson Controls security product operations, including development, sales, support, distribution, and personnel

11

who manage the Accused Products and Services. On information and belief, this facility has been used by Johnson Controls for security product operations since at least the acquisition of Tyco Security Products.

17.     Venue is proper pursuant to 28 U.S.C. §§ 1391 and/or 1400(b). Venue is proper because Defendants have a regular and established place of business within this judicial district at the Boca Raton Facility, and have committed acts of infringement in this District.

18.     Innovation Sciences is the owner by assignment of all right, title, and interest in the Patents-in-Suit, including the right to sue for past, present, and future infringement and the right to recover damages for such infringement,  which have been duly recorded with the United States Patent and Trademark Office.

19.     Plaintiff is entitled to recover damages for infringement of the Patents-in-Suit under 35 U.S.C. § 284.

### THE ASSERTED PATENTS

**United States Patent No. 10,136,179**

20.     On November 20, 2018, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 10,136,179 ("the '179 patent") entitled "Method and System for Efficient Communication" to inventors Tiejun Wang and Tiehong Wang.

21.     The '179 patent is presumed valid under 35 U.S.C. § 282. A true and correct copy of the '179 patent is attached hereto as Exhibit A.

22.     Innovation Sciences owns all rights, title, and interest in the '179 patent.

23.     Innovation Sciences has not granted Defendants an approval, an authorization, or a license to rights under the '179 patent.

**United States Patent No. 10,469,898**

24.     On November 5, 2019, the USPTO duly and legally issued United States Patent No. 10,469,898 ("the '898 patent") entitled "Method and System for Efficient Communication" to inventors Tiejun Wang and Tiehong Wang.

25.     The '898 patent is presumed valid under 35 U.S.C. § 282. A true and correct copy of the '898 patent is attached hereto as Exhibit B.

26.     Innovation Sciences owns all rights, title, and interest in the '898 patent.

27.     Innovation Sciences has not granted Defendants an approval, an authorization, or a license to rights under the '898 patent.

**United States Patent No. 11,109,094**

28.     On August 31, 2021, the USPTO duly and legally issued United States Patent No. 11,109,094 ("the '094 patent") entitled "Method and System for Efficient Communication" to inventors Tiejun Wang and Tiehong Wang.

29.     The '094 patent is presumed valid under 35 U.S.C. § 282. A true and correct copy of the '094 patent is attached hereto as Exhibit C.

30.     Innovation Sciences owns all rights, title, and interest in the '094 patent.

31.     Innovation Sciences has not granted Defendants an approval, an authorization, or a license to rights under the '094 patent.

**United States Patent No. 12,634,129**

32.     On May 19, 2026, the USPTO duly and legally issued United States Patent No. 12,634,129. Innovation Sciences owns all rights, title, and interest in the '129 patent. A true and correct copy of the '129 patent is attached hereto as Exhibit D.

33.     Innovation Sciences has not granted Defendants an approval, an authorization, or a license to rights under the '129 patent.

34.      Willfulness Allegations:  On information and belief, since January 2025, Defendants were informed of the accused infringement via a notice letter specifically identifying the Accused Products and Services and mapping their features to limitations of the Patents-in-Suit. The notice letter was sent to Johnson Controls' legal department and identified the '179, '898, and '094 patents.

35.     On information and belief, despite receiving the aforesaid claim charts and licensing communications, Defendants continued their infringing activities, including the manufacture, use, sale, offer for sale, and/or importation of the Accused Products and Services, through the date of this filing.

36.     As set forth in examples in the claim charts attached, and incorporated herein by reference, the Accused Products and Services satisfy each limitation of the asserted claims.

37.     An example of infringement of Claim 15 of the '179 Patent is the comparison of the  accused Johnson Controls Illustra video cameras including the Pro Gen4 Bullet, Pro Gen4 Mini-Dome, and Pro Gen4 PTZ models, etc. which  satisfy all limitations of claim 15 of the '179 patent.

38.     As shown in Exhibit E (Claim Chart for '179 Patent Claim 15), the Illustra cameras:

- are wireless devices connected to a local area network for bidirectional communication;
- include decoders supporting audio/video decompression (G.711, H.264, H.265);
- include transceivers that transmit compressed video signals through the local area network;
- support unique identifiers associated with user terminals;
- compress and store video locally on microSD cards;
- support two-way audio for receiving compressed signals from mobile phones;
- associate network addresses with phone identifiers; and
- send configured data packages to initiate communications.

39.     An example of infringement of Claim 10 of the '898 Patent is the comparison of the  accused Johnson Controls security panels,  including Qolsys IQ Panel 5, IQ Panel 4, IQ Hub, IQ Pro, and DSC PowerSeries Neo/Pro, which  satisfy all limitations of claim 10 of the '898 patent.

40.     As shown in Exhibit F (Claim Chart for '898 Patent Claim 10), the Johnson Controls panels:

- act as centralized hub systems with device identifiers;
- communicate configured data including network addresses for wireless LANs;
- associate network addresses with device identifiers (e.g., MAC addresses);
- communicate with sensors via wireless channels, each sensor having a unique identifier associated with a mobile phone identifier via mobile phone apps;
- communicate updated status information to users based on sensor recognition;
- allow configuration settings (Away/Stay/Night modes, auto-arm, chime settings);
- send messages to cellular phones via mobile apps;
- receive signals from wireless networks;
- perform conversion of compressed signals (e.g., HSM2955 two-way audio module); and
- decompress compressed signals using decoders.

41.     An example of infringement of Claim 102 of the '094 Patent is the comparison of the  accused Johnson Controls Illustra cameras and mobile application system,  including the Illustra Pro Gen4 series, Illustra Tools mobile app (iOS/Android),  which collectively satisfy all limitations of claim 102 of the '094 patent.

42.     As shown in Exhibit G (Claim Chart for '094 Patent Claim 102), the Illustra system:

- provides communications through a wireless local area network;

15

- sends configured data via a cellular phone (Illustra Tools app) to the camera containing WLAN information (SSID, password, or network settings);
- communicates event alerts to mobile phones (audible, visual, text notifications);
- stores device identifiers (Host ID, MAC address, Serial Number, or QR code) in association with user accounts; and
- performs conversion of compressed signals (two-way audio).

43.     An example of infringement of Claim 7 of the '129 Patent is the comparison of the accused Johnson Controls WRG1830 + ZFR183x Pro Wireless Field Bus System and TEC 3000 Series Thermostats,  including the WRG1830 gateway, ZFR1831 routers, WRZ sensors, and TEC31xx thermostats, which  collectively satisfy all limitations of claim 7 of the '129 patent.

44.     As shown in Exhibit H (Claim Chart for '129 Patent Claim 7), the Johnson Controls wireless field bus system:

- implements a multimode data transmit unit in a gateway, sensor device, and edge device;
- includes a transceiver with antenna, mixer, ADC, DAC, filters, amplifiers, modulators, and demodulators (ZFR1831 dual-mode RF transceiver);
- stores routing tables, protocol information, sensor identification, and encryption algorithms (AES-128) in memory;
- includes a processor configured by firmware with secure boot and Web UI control;
- receives sensor data via wired or wireless communication signals (WRZ sensors → ZFR1831 → WRG1830);
- digitally encodes sensor values and forms data transmit units using BACnet protocol;
- detects abnormal conditions (zone temperature out-of-range, LQI/RSSI thresholds, COS reporting);
- executes communication prioritization (BACnet 16-level Priority Array, TEC3000 three-level alarm priority);
- reconfigures the transceiver based on prioritization (e.g. frequency modification, channel selection, transmit power adjustment); and
- encrypts message data using AES-128 encryption.


**CLAIMS FOR RELIEF**

**COUNT I -- DIRECT INFRINGEMENT OF U.S. PATENT NO. 10,136,179 (35 U.S.C. § 271(a))**

45.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

16

46.     On information and belief, Defendants have infringed one or more claims of the '179 patent under 35 U.S.C. § 271(a).

47.     On information and belief, Defendants (or those acting on their behalf) made, used, sold, imported, and/or offered to sell the Accused Products and Services in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 15 of the '179 patent.

48.     As set forth in Exhibit E, the accused Illustra Pro Gen4 cameras satisfy all limitations of at least claim 15 of the '179 patent.

49.     Plaintiff has suffered monetary damages, of at least a reasonable royalty, as a result of Defendants' infringement.

## COUNT II -- INDUCED INFRINGEMENT OF U.S. PATENT NO. 10,136,179 (35 U.S.C. § 271(b))

50.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

51.     On information and belief, Defendants have actively induced infringement of the '179 patent by others, including their customers, dealers, and end users.

52.     On information and belief, Defendants induced infringement by providing installation manuals, dealer training, application instructions, and technical support that instruct users to connect Johnson Controls cameras, panels, sensors, Wi-Fi networks, cellular networks, cloud services, and mobile devices in a manner that directly infringed at least claim 15 of the '179 patent.

53. Plaintiff has suffered monetary damages as a result of Defendants' induced infringement.

**COUNT III -- CONTRIBUTORY INFRINGEMENT OF U.S. PATENT NO. 10,136,179 (35 U.S.C. § 271(c))**

56. Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

57. On information and belief, Defendants offered for sale and sold components of the Accused Products and Services that were specially made or especially adapted for use in an infringement of the '179 patent, including but not limited to Illustra cameras and PowerG/PowerG+ wireless sensors, which can be combined with other Johnson Controls components to form an infringing system.

58. On information and belief, these components had no substantial non-infringing uses.

59. On information and belief, Defendants contributed to the infringement of at least claim 15 of the '179 patent.

60. Plaintiff has suffered monetary damages as a result of Defendants' contributory infringement.

**COUNT IV -- DIRECT INFRINGEMENT OF U.S. PATENT NO. 10,469,898 (35 U.S.C. § 271(a))**

61. Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

62.     On information and belief, Defendants have infringed one or more claims of the '898 patent under 35 U.S.C. § 271(a).

63.     On information and belief, Defendants (or those acting on their behalf) made, used, sold, imported, and/or offered to sell the Accused Products and Services in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 10 of the '898 patent.

64.     As set forth in Exhibit F, the accused Johnson Controls security panels satisfy all limitations of at least claim 10 of the '898 patent.

65.     Plaintiff has suffered monetary damages, of at least a reasonable royalty, as a result of Defendants' infringement.

## COUNT V -- INDUCED INFRINGEMENT OF U.S. PATENT NO. 10,469,898 (35 U.S.C. § 271(b))

66.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

67.     On information and belief, Defendants actively induced infringement of the '898 patent by others, including their customers, dealers, and end users, through installation manuals, training, and application instructions.

68.     On information and belief, Defendants induced by providing installation manuals, dealer training, application instructions, and technical support that instructed users to connect Johnson Controls panels, sensors, Wi-Fi networks, cellular networks, cloud services, and mobile devices in a manner that directly infringes at least claim 10 of the '898 patent.

70.     Plaintiff has suffered monetary damages as a result of Defendants' induced infringement.

## COUNT VI -- CONTRIBUTORY INFRINGEMENT OF U.S. PATENT NO. 10,469,898 (35 U.S.C. § 271(c))

71.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

72.     On information and belief, Defendants offered for sale and sold components specially made for use in an infringement of the '898 patent, including Qolsys IQ Panel 4/5 and DSC PowerSeries Neo/Pro panels, which had no substantial non-infringing uses.

73.     On information and belief, Defendants have contributed to the infringement of at least claim 10 of the '898 patent.

74.      Plaintiff has suffered monetary damages as a result of Defendants' contributory infringement.

## COUNT VII -- DIRECT INFRINGEMENT OF U.S. PATENT NO. 11,109,094 (35 U.S.C. § 271(a))

75.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

76.     On information and belief, Defendants have infringed one or more claims of the '094 patent under 35 U.S.C. § 271(a).

77.     On information and belief, Defendants (or those acting on their behalf) made, used, sold, imported, and/or offered to sell the Accused Products and Services in the United

20

States that infringed (literally and/or under the doctrine of equivalents) at least claim 102 of the '094 patent.

78.     As set forth in Exhibit G, the accused Johnson Controls Illustra cameras and Illustra Tools mobile application collectively satisfy all limitations of at least claim 102 of the '094 patent.

79.     Plaintiff has suffered monetary damages, of at least a reasonable royalty, as a result of Defendants' infringement.

## COUNT VIII -- INDUCED INFRINGEMENT OF U.S. PATENT NO. 11,109,094 (35 U.S.C. § 271(b))

80.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

81.     On information and belief, Defendants actively induced infringement of the '094 patent by others, including their customers, dealers, and end users, through installation manuals, training, and application instructions.

82.     On information and belief, Defendants induced by providing installation manuals, dealer training, application instructions, and technical support that instructed users to connect Johnson Controls cameras, panels, sensors, Wi-Fi networks, cellular networks, cloud services, and mobile devices in a manner that directly infringed at least claim 102 of the '094 patent.

84.     Plaintiff has suffered monetary damages as a result of Defendants' induced infringement.

**COUNT IX -- CONTRIBUTORY INFRINGEMENT OF U.S. PATENT NO. 11,109,094 (35 U.S.C. § 271(c))**

85.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

86.     On information and belief, Defendants offered for sale and sold components specially made for use in an infringement of the '094 patent, including Johnson Controls Illustra cameras and the Illustra Tools mobile application, which have no substantial non-infringing uses.

87.     On information and belief, Defendants have contributed to the infringement of at least claim 102 of the '094 patent.

88.     Plaintiff has suffered monetary damages as a result of Defendants' contributory infringement.

**COUNT X -- DIRECT INFRINGEMENT OF U.S. PATENT NO. 12,634,129 (35 U.S.C. § 271(a))**

89.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

90.     On information and belief, Defendants have infringed and continue to infringe one or more claims of the '129 patent under 35 U.S.C. § 271(a).

91.     On information and belief, Defendants (or those acting on their behalf) made, used, sold, imported, and/or offered to sell and continue to make, use, sell, import and offer to sell the Accused Products and Services in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 7 of the '129 patent.

92.     As set forth in Exhibit H, the accused Johnson Controls WRG1830 + ZFR183x Pro Wireless Field Bus System and TEC 3000 Series Thermostats satisfy all limitations of claim 7 of the '129 patent.

93.     Plaintiff has suffered monetary damages, of at least a reasonable royalty, as a result of Defendants' infringement.

## COUNT XI -- INDUCED INFRINGEMENT OF U.S. PATENT NO. 12,634,129 (35 U.S.C. § 271(b))

94.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

95.     On information and belief, Defendants, as least since the service of this complaint,  actively induce infringement of the '129 patent by others, including their customers, dealers, and end users, through installation manuals, training, and application instructions.

96.     On information and belief, Defendants induce by providing installation manuals (LIT-12013765, LIT-1901153, PUBL-7020, LIT-12013553, LIT-12013550), dealer training, and technical support that instructed users to connect Johnson Controls WRG1830 gateways, ZFR1831 routers, WRZ sensors, and TEC 3000 Series thermostats in a manner that directly infringes at least claim 7 of the '129 patent.

97.     On information and belief, Defendants  induce infringement of at least claim 7 of the '129 patent.

98.     Plaintiff has suffered monetary damages as a result of Defendants' induced infringement.

23

**JURY DEMAND**

99.     Pursuant to Federal Rule of Civil Procedure 38(b), Innovation Sciences hereby requests a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

Innovation Sciences respectfully requests this Court to enter judgment in its favor and against Defendants as follows:

a. Finding that Defendants have directly infringed one or more claims of the '179 patent under 35 U.S.C. § 271(a);

b. Finding that Defendants have induced infringement of one or more claims of the '179 patent under 35 U.S.C. § 271(b);

c. Finding that Defendants have contributorily infringed one or more claims of the '179 patent under 35 U.S.C. § 271(c);

d. Finding that Defendants have directly infringed one or more claims of the '898 patent under 35 U.S.C. § 271(a);

e. Finding that Defendants have induced infringement of one or more claims of the '898 patent under 35 U.S.C. § 271(b);

f. Finding that Defendants have contributorily infringed one or more claims of the '898 patent under 35 U.S.C. § 271(c);

g.     Finding that Defendants have directly infringed one or more claims of the '094 patent under 35 U.S.C. § 271(a);

h.     Finding that Defendants have induced infringement of one or more claims of the '094 patent under 35 U.S.C. § 271(b);

24

i.       Finding that Defendants have contributorily infringed one or more claims of the '094 patent under 35 U.S.C. § 271(c);

j.       Finding that Defendants have directly infringed one or more claims of the '129 patent under 35 U.S.C. § 271(a);

k.       Finding that Defendants have induced infringement of one or more claims of the '129 patent under 35 U.S.C. § 271(b);

l.       Awarding Innovation Sciences damages under 35 U.S.C. § 284, in a reasonable royalty or otherwise permitted by law;

m.       Awarding Innovation Sciences pre-judgment and post-judgment interest on the damages award and costs;

n.       Awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by law; and

o.       Awarding such other costs and further relief that the Court determines to be just and equitable.

June 11, 2026

/s/ Weir L. King III
Respectfully submitted,
Weir L. King III
Florida Bar No. 1039989
frontier64@gmail.com
772-486-4486

Joseph J.  Zito
(*pro hac vice* to be filed)
DNL ZITO
1250 Connecticut Ave., NW #700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorneys for Plaintiff*
*Innovation Sciences,*

25