# Claim 15 of US10136179: Johnson Controls' Illustra (Pro Gen4) Cameras

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| 15a: A wireless device connected to a local area network for bidirectional receiving and transmitting information comprising: a video camera configured to record a video; | The Illustra (Pro Gen4) series comprises video cameras (each, an "Illustra Camera" or "Camera") that are wireless devices, each connecting to a local area network for bidirectional communication and recording high-resolution video at resolutions including, but not limited to, 2MP, 4MP, 5MP, and 8MP. |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| |  |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | Pro Gen4 Bullet Camera<br>Exceptional Vision Powered by Illustra Pro AI<br>Introducing the Pro Gen4 Bullet Camera, a cutting-edge solution offering exceptional vision powered by Illustra Pro AI. Boasting a robust smart mount with a unique arm design that minimizes cable installation time and costs, this camera ensures efficiency in any project. Installation is a breeze with quick in-camera configuration via app or HDMI, complemented by a focus assistant. Equipped with double-sensitive imagers, it excels in ultralow light environments, delivering improved image quality. Complete with full peripherals including EIS, dual alarm sets, and audio capabilities, it caters to a wide range of projects. Experience superior zoom capabilities with crystal-clear optics, adaptive Ex-IR illumination, and Illustra AI capturing details at long distances. Harness the power of edge AI with the industry's most feature-rich Video AI suite, providing smart applications for round-the-clock surveillance operations.<br>https://illustracameras.com/cameras/pro-gen4-bullet-camera/<br>https://www.johnsoncontrols.com/security/video-surveillance/ip-cameras<br>Illustra Pro Gen4 Installation and Configuration Guide |
| 15b: A decoder; and | The Illustra Camera includes a decoder that supports multiple audio and video decompression standards, including G.711, H.264, H.265 for audio or video decompression (e.g. two-way audio communication). |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | |

| | |
|---|---|
| Face Detection | AI Face detection |
| Focal Length | - |
| Focus | - |
| Gain Control | auto gain control |
| H.264 | Yes |
| H.265 | Yes |

| MJPEG | |
|---|---|
| Quality | 1 - 100 |
| Video latency | <200ms |
| **Audio** | |
| Audio Features | Streaming Output, Streaming Input, Stored Audio Clips with Replay |
| Encoding method | G.711 u-law |
| Standard compliance | G711 |
| Sampling rate | 8khz |
| Sampling bits | 16bit |

Source: Illustra Pro Gen4 Installation and Configuration Guide p. 212

https://illustracameras.com/cameras/pro-gen4-bullet-camera/

Content: "Audio Features: Streaming Output, Streaming Input, Stored Audio Clips with Replay" and *"Encoding method: G.711 u-law"

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#212 |

| | | | |
|---|---|---|---|
| **Video** | | | |
| Video compression | H.264 HP/MP, H.265 HP, Motion JPEG | | |
| Resolution and frame rate | Up to 1920x1080 (16:9) at 60/50 fps | Up to 5MP 2560x1920 (4:3) or 4MP 2560x1440 (16:9) at 30/25 fps, 1080p up to 60/50 fps | Up to 3840x2160 (16:9) at 30/25 fps, 1080p up to 60/50 fps |
| Video streaming | IntelliZip smart compression in H.264 and H.265<br>Quad streaming<br>CBR/VBR/CVBR configurable bitrate control<br>Higher compression ROI | | |
| Wide dynamic range | True WDR 120dB technologies<br>Smart WDR, TWDR 2x, TWDR 3x<br>Smart Defog | | |
| Smart image processing | AI Auto exposure: Object, person, face<br>Smart auto exposure profiles: Gaming, LPR, various others | | |
| Image settings | Configurable color contour, auto exposure, AE compensation, auto white balance, auto gain control, auto electronic shutter, flickerless, image orientation, text overlay<br>Digital noise reduction 2D/3D<br>Privacy mask<br>Corridor mode | | |
| Image stabilization | Electronic image stabilization (EIS) | | |
| Video output | 1x Micro HDMI for outdoor preview or indoor PVM where waterproofing is addressed via optional HDMI Cable IA-HDM-OD-P4D | | |
| **Audio** | | | |
| Audio compression | G.711 μ-law | | |
| Audio streaming | Bi-directional, full duplex | | |
| Audio input/output | 1x Line-in, 1x line-out, terminal block | | |

<table>
<tr><th>Claim Element</th><th>Illustra (Pro Gen4) Cameras</th></tr>
<tr><td></td><td>Source: Illustra Pro Gen 4 Bullet Camera Data Sheet page 2<br><br>https://illustracameras.com/wp-content/uploads/2023/12/Illustra-Pro-Gen4-Bullet-Datasheet.pdf</td></tr>
<tr><td>15c: A transceiver configured to transmit a compressed video signal through the local area network,</td><td>The Illustra Pro Gen4 camera comprises a transceiver that transmits compressed video signals (H.264/H.265/MJPEG) through the local area network.<br>Source: Illustra Pro Gen4 Installation and Configuration Guide p. 213<br>Content: "Streaming: RTP - RFC3550, RTCP - RFC3550, RTSP - RFC2326, Unicast Streaming, Multicast Streaming - RFC1112 level 1"
<table>
<tr><th colspan="2">MJPEG</th></tr>
<tr><td>Quality</td><td>1 - 100</td></tr>
<tr><td>Video latency</td><td><200ms</td></tr>
<tr><th colspan="2">Audio</th></tr>
<tr><td>Audio Features</td><td>Streaming Output, Streaming Input, Stored Audio Clips with Replay</td></tr>
<tr><td>Encoding method</td><td>G.711 u-law</td></tr>
<tr><td>Standard compliance</td><td>G711</td></tr>
<tr><td>Sampling rate</td><td>8khz</td></tr>
<tr><td>Sampling bits</td><td>16bit</td></tr>
</table>
Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#213<br><br>Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#212</td></tr>
</table>

| Claim Element | Illustra (Pro Gen4) Cameras |
| --- | --- |
| 15d: The local area network connected to a cellular communication network, the compressed video signal corresponding to content of the video; | The Illustra Camera supports TCP/IP, IPv4, IPv6, HTTP, HTTPS, RTP, RTSP, and Internet-based communications. Mobile devices connected through cellular communication networks can access the Camera through these Internet protocols, thereby communicating compressed video corresponding to the recorded content. Additionally, the camera supports TLS v1.2 and HTTPS for secure remote access over cellular networks. |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | <table><tr><td>Ethernet NIC</td><td>IEEE 802.3, 10/100Base-T Ethernet, RJ45, auto sensing</td></tr><tr><td>Supported Protocols</td><td>TCP/IP, IPv4, IPv6, TCP, UDP, HTTP, FTP, DHCP, WS-Discovery, DNS, DDNS, RTP, RTCP, RTSP, TLS, Unicast, Multicast, NTP, ICMP, IGMP, SMTP, WS-Security, IEEE 802.1x, PEAP, EAP-TLS, EAPoL, SSH, HTTPS, SOAP, WSAddressing, CIFS, SNMP, UPNP, RTSP, LLDP</td></tr><tr><td>Base protocol</td><td>TCP/IP - RFC4614</td></tr><tr><td>Internet layer addressing</td><td>IPv4 - RFC791 IPv6 - RFC2460</td></tr><tr><td>Transport layer</td><td>TCP - RFC973 UDP - RFC768</td></tr><tr><td>Data transmission</td><td>HTTP - RFC2616 FTP - RFC959 SFTP</td></tr><tr><td>Network address configuration</td><td>DHCP - RFC2131 Zeroconf - RFC3927 Static IP address LLDP</td></tr><tr><td>Network name resolution</td><td>DNS - RFC5395 DDNS - RFC 2136</td></tr><tr><td>Discovery</td><td>WS-discovery (ONVIF and Illustra Connect), UPnP, mDNS</td></tr><tr><td>Streaming</td><td>RTP - RFC3550 RTCP - RFC3550 RTSP - RFC2326 Unicast Streaming Multicast Streaming - RFC1112 level 1</td></tr><tr><td>Time synchronization</td><td>NTP - RFC1305</td></tr><tr><td>Time synchronization poll rate</td><td>1 / minute</td></tr><tr><td>E-mail</td><td>SMTP - RFC5321 Authenticated SMTP - RFC4954</td></tr><tr><td>Authentication and security</td><td>TLS - RFC5246 v1.2 HTTPS (HTTP over TLS) - RFC2818 WS-Security Certificate Management Multi-level password protection IP address filtering HTTPS encryption Enhanced Security Feature Supports: One-Click Security Hardening, User Access Log, Validate Complex Credentials, Disabling Unused Protocols IEEE 802.1x including: PEAP, EAP-TLS, EAPoL</td></tr><tr><td>Users</td><td>5 simultaneous users</td></tr><tr><td>Firmware upgrade</td><td>ONVIF / browser / illustra Connect / Tyco Illustra mobile app</td></tr><tr><td>External Interface Protocol</td><td>AD illustra API 3.4.5 / SOAP - SOAP 1.2 / ONVIF Profile SGTM / WS-Addressing / WS-Eventing</td></tr><tr><td>Network management</td><td>SNMP v2c / v3</td></tr></table><br>Source: Illustra Pro Gen4 Installation and Configuration Guide |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | Page: 213 (Authentication and Security; Network Interface Specifications)<br>Content: *"TLS - RFC5246 v1.2, HTTPS (HTTP over TLS) - RFC2818"* and *"Supported Protocols: TCP/IP, IPv4, IPv6, TCP, UDP, HTTP, FTP, DHCP, RTP, RTCP, RTSP, TLS"* — enabling remote access over the Internet/cellular networks<br><br>Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#213 |
| 15e: wherein the compressed video signal corresponding to the content of the video is communicated to a user terminal; | The Illustra camera communicates compressed video signals to user terminals. The Illustra Pro Gen4 camera supports user access control with up to 5 simultaneous users, each with unique credentials. The User Access Log tracks user activity, confirming that individual user identifiers are associated with camera access. |

| Claim Element | Illustra (Pro Gen4) Cameras |
| --- | --- |
| | (see data sheet excerpt below) |

| Video | | | |
| --- | --- | --- | --- |
| Video compression | H.264 HP/MP, H.265 HP, Motion JPEG | | |
| Resolution and frame rate | Up to 1920x1080 (16:9) at 60/50 fps | Up to 5MP 2560x1920 (4:3) or 4MP 2560x1440 (16:9) at 30/25 fps, 1080p up to 60/50 fps | Up to 3840x2160 (16:9) at 30/25 fps, 1080p up to 60/50 fps |
| Video streaming | IntelliZip smart compression in H.264 and H.265<br>Quad streaming<br>CBR/VBR/CVBR configurable bitrate control<br>Higher compression ROI | | |
| Wide dynamic range | True WDR 120dB technologies<br>Smart WDR, TWDR 2x, TWDR 3x<br>Smart Defog | | |
| Smart image processing | AI Auto exposure: Object, person, face<br>Smart auto exposure profiles: Gaming, LPR, various others | | |
| Image settings | Configurable color contour, auto exposure, AE compensation, auto white balance, auto gain control, auto electronic shutter, flickerless, image orientation, text overlay<br>Digital noise reduction 2D/3D<br>Privacy mask<br>Corridor mode | | |
| Image stabilization | Electronic image stabilization (EIS) | | |
| Video output | 1x Micro HDMI for outdoor preview or indoor PVM where waterproofing is addressed via optional HDMI Cable IA-HDM-OD-P4D | | |
| **Audio** | | | |
| Audio compression | G.711 µ-law | | |
| Audio streaming | Bi-directional, full duplex | | |
| Audio input/output | 1x Line-in, 1x line-out, terminal block | | |

Pro Gen 4 Bullet Camera Data Sheet page 2

| | |
|---|---|
| | https://illustracameras.com/wp-content/uploads/2023/12/Illustra-Pro-Gen4-Bullet-Datasheet.pdf |

| | |
|---|---|
| License plate detection | No |
| AI Person Counting | Yes |
| AI Privacy Mask | Yes |
| Higher compression quality ROI | Yes |
| Video Intelligence | No |
| AI Object classification | Yes |
| Defog | Yes |
| TWDR (multi exposure) | Yes |
| Local storage | Micro SD & SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| User account access levels | Virtually unlimited user accounts, with Admin, Operator, and User levels |
| Enhanced Security | Enhanced Security Feature Provides: One-Click Security Hardening, User Access Log, Validates Complex Credentials, Disables Unused Protocols, Video Over HTTPS |
| IntelliZip® | Advanced H.264 & H.265 modes |
| Offline recording | Yes |
| Micro USB - Wifi configuration | Yes |
| **Event alarms** | |
| Event triggers | Motion Detection, Tamper &Blur Detection, , Face Detection, AI Object classification, Alarm Input, Tamper Switch, Network Loss, Temperature |
| Pre-alarm recording | Pre & Post Buffer 1-10 Sec |
| Event actions | Record to SD card / Snapshot / SMTP e-mail file transfer / FTP file transfer / CIFS / Auxiliary output / Audio clip playback / SIP Call / LED Illuminator |
| Alarm input | Two; Max 6V (High)/0.6V(LOW) |
| Auxiliary output | 30V (Peak AC)/1A,NC/NO; PotoMOS Relay |
| Tamper switch | Yes (Alarm input 2) |
| **IO Interfaces** | |
| SD card | Micro SD/SDHC/SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| Alarm inputs | 1 + 1 Tamper Switch |
| Auxiliary outputs | 1 |
| Video output | No |
| IP Connector | RJ45 |

<table>
<tr><th>Claim Element</th><th>Illustra (Pro Gen4) Cameras</th></tr>
<tr><td></td><td>Source: Illustra Pro Gen4 Installation and Configuration Guide<br>Page: 214</td></tr>
<tr><td>15f: wherein a unique identifier of the wireless device is associated with an identifier of the user terminal</td><td>The Illustra Pro Gen4 camera supports user access control with up to 5 simultaneous users, each with unique credentials. The User Access Log tracks user activity, confirming that individual user identifiers are associated with camera access.<br>Further, the Wi-Fi onboarding process links a camera QR code (representing a unique camera identifier) directly to the Illustra Tools App running on a mobile device (representing a user terminal identifier).
<table>
<tr><td>Authentication and security</td><td>TLS - RFC5246 v1.2 HTTPS (HTTP over TLS) - RFC2818 WS-Security Certificate Management Multi-level password protection IP address filtering HTTPS encryption Enhanced Security Feature Supports: One-Click Security Hardening, User Access Log, Validate Complex Credentials, Disabling Unused Protocols IEEE 802.1x including: PEAP, EAP-TLS, EAPoL</td></tr>
<tr><td>Users</td><td>5 simultaneous users</td></tr>
</table>
Sources: Illustra Pro Gen4 Installation and Configuration Guide<br>- p. 213: "Multi-level password protection, User Access Log, Validate Complex Credentials" and "Users: 5 simultaneous users"<br>- p. 167: "The Illustra Tools app can now connect to the camera using the IP address 10.181.182.1 or by scanning the QR code shown or on the product packaging"<br>Links:</td></tr>
</table>

| Claim Element | Illustra (Pro Gen4) Cameras |
| --- | --- |
| | - https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#213<br>- https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#167 |
| 15g: wherein the video is compressed and stored; | The Illustra Pro Gen4 camera supports local video storage on a microSD card with compressed video (H.264/H.265) and event buffering. |

| | |
|---|---|
| License plate detection | No |
| AI Person Counting | Yes |
| AI Privacy Mask | Yes |
| Higher compression quality ROI | Yes |
| Video Intelligence | No |
| AI Object classification | Yes |
| Defog | Yes |
| TWDR (multi exposure) | Yes |
| Local storage | Micro SD & SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| User account access levels | Virtually unlimited user accounts, with Admin, Operator, and User levels |
| Enhanced Security | Enhanced Security Feature Provides: One-Click Security Hardening, User Access Log, Validates Complex Credentials, Disables Unused Protocols, Video Over HTTPS |
| IntelliZip® | Advanced H.264 & H.265 modes |
| Offline recording | Yes |
| Micro USB - Wifi con-figuration | Yes |
| **Event alarms** | |
| Event triggers | Motion Detection, Tamper &Blur Detection, , Face Detection, AI Object clas-sification, Alarm Input, Tamper Switch, Network Loss, Temperature |
| Pre-alarm recording | Pre & Post Buffer 1-10 Sec |
| Event actions | Record to SD card / Snapshot / SMTP e-mail file transfer / FTP file transfer / CIFS / Auxiliary output / Audio clip playback / SIP Call / LED Illuminator |
| Alarm input | Two; Max 6V (High)/0.6V(LOW) |
| Auxiliary output | 30V (Peak AC)/1A,NC/NO; PotoMOS Relay |
| Tamper switch | Yes (Alarm input 2) |
| **IO Interfaces** | |
| SD card | Micro SD/SDHC/SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| Alarm inputs | 1 + 1 Tamper Switch |
| Auxiliary outputs | 1 |
| Video output | No |
| IP Connector | RJ45 |

| Claim Element | Illustra (Pro Gen4) Cameras |
| --- | --- |
| | Source: Illustra Pro Gen4 PTZ Quick Start Manual<br>Page: p. 214 |
| 15h: wherein the transceiver is further configured to receive, through the local area network, a compressed signal corresponding to information content from a mobile phone; | The Illustra Pro Gen4 camera supports two-way audio with Streaming Input, enabling the transceiver to receive compressed audio signals through the LAN from a mobile phone via the Illustra Tools app. |

| | |
|---|---|
| License plate detection | No |
| AI Person Counting | Yes |
| AI Privacy Mask | Yes |
| Higher compression quality ROI | Yes |
| Video Intelligence | No |
| AI Object classification | Yes |
| Defog | Yes |
| TWDR (multi exposure) | Yes |
| Local storage | Micro SD & SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| User account access levels | Virtually unlimited user accounts, with Admin, Operator, and User levels |
| Enhanced Security | Enhanced Security Feature Provides: One-Click Security Hardening, User Access Log, Validates Complex Credentials, Disables Unused Protocols, Video Over HTTPS |
| IntelliZip® | Advanced H.264 & H.265 modes |
| Offline recording | Yes |
| Micro USB - Wifi configuration | Yes |
| **Event alarms** | |
| Event triggers | Motion Detection, Tamper &Blur Detection, , Face Detection, AI Object classification, Alarm Input, Tamper Switch, Network Loss, Temperature |
| Pre-alarm recording | Pre & Post Buffer 1-10 Sec |
| Event actions | Record to SD card / Snapshot / SMTP e-mail file transfer / FTP file transfer / CIFS / Auxiliary output / Audio clip playback / SIP Call / LED Illuminator |
| Alarm input | Two; Max 6V (High)/0.6V(LOW) |
| Auxiliary output | 30V (Peak AC)/1A,NC/NO; PotoMOS Relay |
| Tamper switch | Yes (Alarm input 2) |
| **IO Interfaces** | |
| SD card | Micro SD/SDHC/SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| Alarm inputs | 1 + 1 Tamper Switch |
| Auxiliary outputs | 1 |
| Video output | No |
| IP Connector | RJ45 |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | Source: Illustra Pro Gen4 Installation and Configuration Guide<br>Page: 212, 214<br>Content: "Audio Features: Streaming Output, Streaming Input, Stored Audio Clips with Replay" — Streaming Input confirms the camera can receive incoming audio streams |
| 15i: wherein the compressed signal is decompressed, by the decoder, for production of the information content; | The Illustra Pro Gen4 camera decompresses received compressed signals using its built-in decoder. E.g. The G.711 audio codec provides decompression for incoming audio streams. |

| | |
|---|---|
| License plate detection | No |
| AI Person Counting | Yes |
| AI Privacy Mask | Yes |
| Higher compression quality ROI | Yes |
| Video Intelligence | No |
| AI Object classification | Yes |
| Defog | Yes |
| TWDR (multi exposure) | Yes |
| Local storage | Micro SD & SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| User account access levels | Virtually unlimited user accounts, with Admin, Operator, and User levels |
| Enhanced Security | Enhanced Security Feature Provides: One-Click Security Hardening, User Access Log, Validates Complex Credentials, Disables Unused Protocols, Video Over HTTPS |
| IntelliZip® | Advanced H.264 & H.265 modes |
| Offline recording | Yes |
| Micro USB - Wifi con-figuration | Yes |
| **Event alarms** | |
| Event triggers | Motion Detection, Tamper &Blur Detection, , Face Detection, AI Object clas-sification, Alarm Input, Tamper Switch, Network Loss, Temperature |
| Pre-alarm recording | Pre & Post Buffer 1-10 Sec |
| Event actions | Record to SD card / Snapshot / SMTP e-mail file transfer / FTP file transfer / CIFS / Auxiliary output / Audio clip playback / SIP Call / LED Illuminator |
| Alarm input | Two; Max 6V (High)/0.6V(LOW) |
| Auxiliary output | 30V (Peak AC)/1A,NC/NO; PotoMOS Relay |
| Tamper switch | Yes (Alarm input 2) |
| **IO Interfaces** | |
| SD card | Micro SD/SDHC/SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| Alarm inputs | 1 + 1 Tamper Switch |
| Auxiliary outputs | 1 |
| Video output | No |
| IP Connector | RJ45 |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | Source: Illustra Pro Gen4 Installation and Configuration Guide<br>Page: p. 212, 214<br>Content: "Encoding method: G.711" — this codec provides both compression and decompression capabilities. |
| 15j: wherein a network address for the local area network is associated with a phone identifier for the mobile phone; and | The Illustra Tools mobile application connects to the camera using the camera's network address (e.g.IP address 10.181.182.1) or by scanning a QR code associated with the camera. During this process, the mobile phone running the Illustra Tools application is identified through the application while simultaneously communicating with the camera. The resulting pairing creates the claimed association between a phone identifier and a network address. |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | **Wi-Fi**<br><br>The Wi-Fi option allows wireless configuration of the camera at the point of install in conjunction with the Illustra Tools app (Illustra Wi-Fi dongle required).<br><br>**Note:**Illustra Tools App available on Android and IOS App stores.<br><br>**Procedure 182 Enable wireless configuration of the camera**<br><br>**Step** **Action**<br><br>1 Select **Setup** on the Web User Interface banner to display the setup menus and then select **Network**.<br><br>2 Select **Wi-Fi** from the **Network** menu.<br><br>3 Check the **Enable USB** check box to enable WIFI configuration.<br><br>**Note:**The Illustra Tools app can now connect to the camera using the IP address 10.181.182.1 or by scanning the QR code shown or on the product packaging.<br><br>**Note:**USB will be enabled for 1 hour after the camera is powered from a factory reset. After 1hr, Wi-Fi will be disabled and will require a factory reset to re-enable. Illustra Wi-Fi dongle must inserted in camera for Wi-Fi access.<br><br>Source: Illustra Pro Gen4 Installation and Configuration Guide<br><br>Page: 167 (Wi-Fi Section)<br><br>Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#167 |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| 15k: wherein a configured data package comprises information for the network address for the local area network, the configured data package being from a cellular phone in initiating communications that are directed to the wireless device. | During the Wi-Fi setup process, a configured data package is sent via the Illustra mobile application (running on a cellular phone), to the Camera in initiating communications that are directed to the Camera. This data package contains information for the network address (e.g. the SSID identifies the target Wi-Fi network, any static IP settings would specify the camera's address on that network).<br><br>**Wi-Fi**<br><br>The Wi-Fi option allows wireless configuration of the camera at the point of install in conjunction with the Illustra Tools app (Illustra Wi-Fi dongle required).<br><br>**Note:**Illustra Tools App available on Android and IOS App stores.<br><br>**Procedure 182 Enable wireless configuration of the camera**<br><br>**Step** **Action**<br><br>1 Select **Setup** on the Web User Interface banner to display the setup menus and then select **Network**.<br>2 Select **Wi-Fi** from the **Network** menu.<br>3 Check the **Enable USB** check box to enable WIFI configuration.<br><br>**Note:**The Illustra Tools app can now connect to the camera using the IP address 10.181.182.1 or by scanning the QR code shown or on the product packaging.<br><br>**Note:**USB will be enabled for 1 hour after the camera is powered from a factory reset. After 1hr, Wi-Fi will be disabled and will require a factory reset to re-enable. Illustra Wi-Fi dongle must inserted in camera for Wi-Fi access.<br><br>Source: Illustra Pro Gen4 Installation and Configuration Guide |

| Claim Element | Illustra (Pro Gen4) Cameras |
|---|---|
| | Page: 167 (Wi-Fi Section)<br>Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#167 |

**Sources:**

- Illustra Pro Gen4 Installation and Configuration Guide (8200-2007-08 N)
- Illustra Pro Gen4 Bullet Camera Data Sheet
- Illustra Pro Gen 4 LPR Dome and Bullet Cameras Release Notes
- Quick Start Guide: Illustra Cameras Installation, Configuration & Maintenance Toolkit
- https://www.johnsoncontrols.com/security/video-surveillance/ip-cameras
- https://illustracameras.com/cameras/#environment=all~lens-length=all~series=pro
- https://illustracameras.com/cameras/pro-gen4-bullet-camera/
- https://illustracameras.com/cameras/pro-gen4-compact-camera/
- https://illustracameras.com/wp-content/uploads/2023/12/Illustra-Pro-Gen4-Bullet-Datasheet.pdf