# CLAIM CHART: U.S. PATENT NO. 10,469,898 – CLAIM 10

## DSC IQ Panel

| Claim | DSC Panel |
|---|---|
| Claim 10 – A method for communicating information by a centralized HUB system with a device identifier, the method comprising: | The Accused DSC System provides a security system, including the IQ (Pro panel or PowerSeries Pro) panel (HS3032, HS3128, HS3248 models) (hereinafter referred to as the "DSC Hub" or the "Hub"), which acts as a centralized hub system as claimed. The DSC Hub can communicate wirelessly with sensors (door/window contacts, motion detectors, glass break detectors, smoke detectors, CO detectors, flood detectors), keypads, and user devices. It communicates with the central monitoring station via cellular/local area wireless network. The Hub has a device identifier, e.g., a MAC address, serial number, or name given by a customer. |

# PowerSeries Neo

PowerSeries Neo captures the flexibility of a modular, hardwired system with the simplicity of a wide range of wireless devices and peripherals, resulting in a ground-breakingly comprehensive and versatile hybrid system suited for residential to small-medium sized businesses.

- 16 to 128 zone panel configurations
- Built-in PowerG – robust, industry leading commercial grade wireless
- 128-bit AES encryption
- Simple partition management using Global keypads
- Compatible with Alarm.com home automation solutions with built-in Z-Wave capabilities through dual-path LTE/Internet and HSPA (3G)/Internet communicators
- Intuitive, quick installation
- User-friendly interfaces
- Visual alarm verification
- 2-way audio alarm verification via phone or cellular
- Alternate Communications via Cellular and IP
- Local and Remote Downloading
- Cost efficiencies through advanced system software
- Remote firmware upgrade (panel/keypads/transceiver)



Sources:

- DSC Product Catalog 2020, p. 18

<table>
<tr><th>Claim</th><th>DSC Panel</th></tr>
<tr><td></td><td>Figure 1- Controls and Indicators<br><br><br>Source: Tyco Touchscreen User Manual, p.6</td></tr>
<tr><td>10a communicating configured data in initiating communications that are directed to the centralized HUB system, the configured data comprising information corresponding to a network address associated with a wireless local area</td><td>The DSC Hub connects to a wireless local area network (anda cellular network). The network communications rely on network addresses. The Hub communicates configured data that is used for initiating communications that are directed to the Hub, the configured data comprising information corresponding to a network address associated with a wireless local area network and information corresponding to the device identifier. E.g., the configured data comprising a network's IP address and/or the Hub's MAC address are communicated for initiating communications that are directed to the Hub.</td></tr>
</table>

| Claim | DSC Panel |
| --- | --- |
| network and information corresponding to the device identifier, | <br>**Touch - 7 inch 'All-in-One' TouchScreen (SCW9067)**<br>• 7 inch TouchScreen with a resolution of 800x480<br>• Built in apps such as Contact info and Photo Frame<br>• Built in Camera, takes photos on Disarm and Alarm events<br>• Compatible with DSC 433 Mhz One-Way Wireless products<br>• Dual-Path Connectivity with Integrated Wi-Fi and Cellular<br>• Z-Wave, Bluetooth, Image Sensor and Cellular radios built in to work with smart home products<br>• Integrated with Alarm.com to offer Interactive Services through iOS and Android apps<br>• Software updates over Wi-Fi and manually with an SD card<br>• Supports 59 Wireless zones and 242 User codes<br>• Built in Two-way Voice over Cellular<br>• Built in Siren<br>Sources:<br>DSC Product Catalog, p.42 |
| 10b10b the network address associated with the device identifier; and | A network address and the device identifier corresponding to the Hub are associated. For example, the MAC address and IP address. Therefore, the network address is associated with the device identifier. |

# PowerSeries Neo

PowerSeries Neo captures the flexibility of a modular, hardwired system with the simplicity of a wide range of wireless devices and peripherals, resulting in a ground-breakingly comprehensive and versatile hybrid system suited for residential to small-medium sized businesses.

- 16 to 128 zone panel configurations
- Built-in PowerG – robust, industry leading commercial grade wireless
- 128-bit AES encryption
- Simple partition management using Global keypads
- Compatible with Alarm.com home automation solutions with built-in Z-Wave capabilities through dual-path LTE/Internet and HSPA (3G)/Internet communicators
- Intuitive, quick installation
- User-friendly interfaces
- Visual alarm verification
- 2-way audio alarm verification via phone or cellular
- Alternate Communications via Cellular and IP
- Local and Remote Downloading
- Cost efficiencies through advanced system software
- Remote firmware upgrade (panel/keypads/transceiver)



Sources:

- DSC Product Catalog 2020, p. 18

| Claim | DSC Panel |
|---|---|
| 10c communicating, via a network interface and via a network communication channel of the wireless local area network, information about an updated status of a home device or an office device in connection with a wireless signal transmitted through a wireless channel regarding the updated status, the wireless signal comprising information corresponding to a unique identifier associated with the home device or the office device, the unique identifier associated with | The DSC Hub communicates with a sensing device (e.g., door/window sensor, motion detector, glass break sensor) via dedicated radio signals over a wireless channel (e.g., PowerG technology at 433MHz, 868MHz, or 912-919MHz). The dedicated signal is a wireless signal transmitted through a wireless channel, and it comprises information corresponding to a unique identifier associated with a home device or an office device (e.g., the sensor's unique serial number/ESN). The Hub also communicates, via a Wi-Fi connection (a network communication channel of the wireless local area network), information about an updated status of the home device or office device (e.g., "Front Door Open"). The unique identifier associated with the home device or office device and the unique phone identifier (e.g., mobile device ID via DSC Connect app) are all included in the same user's DSC account, all identification information in the same user's account being associated with each other.<br><br><br><br>Sources:<br>- DSC Product Catalog, p. 18 |

<table>
<tr><th>Claim</th><th>DSC Panel</th></tr>
<tr><td>a unique phone identifier of a cellular phone,</td><td>


</td></tr>
</table>

| Claim | DSC Panel |
|---|---|
| | <br>Source: - DSC Connect, Androit App Overview |
| 10d wherein the information about the updated status is | Alerts and notifications are communicated to a user in case of intrusions or emergencies, which include information about the updated status associated with the unique identifier via text, push notification, or in-app alert. When the accused system receives a wireless signal from a sensor, it recognizes the sensor's unique identifier and determines |

| Claim | DSC Panel |
|---|---|
| communicated to a user in connection with recognition of the unique identifier; | which zone or device triggered the event. The information about the updated status (e.g., "Kitchen Motion Detected") is then communicated to a corresponding user in connection with that recognition. |


Intrusion Detectors
Security
PowerG Wireless Door/Window Contact in White or Brown (PGx303)
PowerG Wireless Door/Window Contact with Auxiliary Input, in White or Brown (PGx945)
PowerG Wireless Magnetic Contact with Auxiliary Input (PGx309)
PowerG Wireless Recessed Contact (PGx307)
PowerG Wireless Shock Detector (PGx935)
PowerG Wireless Glass Break Detector (PGx922)
PowerG Wireless 360° Ceiling-mount PIR Detector (PGx862)
PowerG Wireless 360° Long Range Ceiling-mount PIR Detector (PGx872)
PowerG Wireless Digital Pet-Immune PIR Motion Detector (PGx914)
PowerG Wireless Curtain PIR Motion Detector (PGx924)
PowerG Wireless Mirror Optic PIR Motion Detector (PGx974P)
PowerG Wireless Dual Technology (PIR & MW) Motion Detector (PGx984P)
PowerG Wireless Outdoor Magnetic Contact with Auxiliary Input (PGx312)
PowerG Wireless Advanced Outdoor Curtain PIR Detector (PGx902)
PowerG Wireless Outdoor PIR Motion Detector with Integrated Camera (PGx944)
PowerG Wireless Outdoor PIR Motion Detector (PGx994)
Panel
iotega panel
(WS900x/ WS901x)
white WS912x (available in Europe only)
Safety Sensors
Safety
PowerG Wireless Temperature Detector (PGx905)
PowerG Wireless Flood Detector (PGx985)
PowerG Wireless Smoke & Heat Detector (PGx936)
PowerG Wireless CO Detector (PGx933)

| Claim | DSC Panel |
|---|---|
| | Sources: - DSC Product Catalog, p. 14 |
| 10e10e wherein the information about the updated status is communicated to the user according to a configuration setting, | The information about the updated status is communicated to a user in accordance with a configuration setting, e.g., Away, Stay, Disarmed, or custom notification rules. When a sensor detects a status change and transmits a wireless signal to the Hub, a user can be alerted or not based on these settings. For example, an alert is communicated only when the system is armed in Away mode, or set door open/close chimes during specific times of day. |

| Claim | DSC Panel |
| --- | --- |
| |  <br>Sources: - DSC Connect, Androit App Overview |

**Table 5: Actions**

| Action | Press |
|---|---|
| **Arming and Disarming** | |
| Away arm | Press Away Arm for 2 seconds + [Access Code†] |
| Stay arm | Press Stay Arm for 2 seconds + [Access Code†] |
| Night Arm | When armed in stay mode [*][1] + [Access Code†] |
| Disarm | [Access Code] |
| No-Entry Arming | [*][9] + [Access Code†] |
| Quick Arm /Quick Exit | [*][0] |
| Cancel arm Sequence | [Access Code] |
| Bypassing - All bypass commands begin with [*][1] + [Access Code†] | |
| Bypass Individual Zones | [Three-digit zone #] |
| Bypass All Open Zones | [9][9][8] |
| **Common Functions** | |
| Turn Chime ON/OFF | [*][4] + [Access Code†] or  |
| Change Brightness | [*][6] [Master Code] + [1][2] + **< >** |
| Change Contrast | [*][6] [Master Code] + [1][3] + **< >** |
| Buzzer Volume | [*][6] + [Master Code] + [1][4] + **< >** |
| View Troubles | [*][2] + [Access Code†] + **< >** |
| View Alarms | [*][3] + [Access Code†] + **< >** |

| Claim | DSC Panel |
|---|---|
| | Source: DSC IQ Pro User Guide, p.10 |
| 10f wherein the configuration setting specifies when and how to notify the user about the updated status; | The user can be alerted when certain conditions are met, such as the detection of an updated status. The configuration setting specifies when (e.g., only when armed in Away mode, only during certain hours, only for specific sensors, auto-arm time) and how (e.g., push notification, keypad display, keypad buzzer, wireless key LED, text message, or in-app alert) to notify the user about the updated status. |

| Claim | DSC Panel |
| --- | --- |
| | <br>Sources:<br>- DSC Connect, Androit App Overview |

| Claim | DSC Panel |
|---|---|
| 10g10g wherein a message about the updated status is communicated to the cellular phone; and | A message about the updated status is communicated to a user's cellular phone. For example, alerts or notifications regarding an updated status (e.g., "Front Door Opened," "Motion Detected in Living Room") can be communicated via push notification or text message to the user's mobile device through DSC Connect app. |

| Claim | DSC Panel |
|---|---|
| | <br>Sources: - DSC Connect, Androit App Overview |
| 10h wherein the method further comprises: | The Accused DSC System contains a Hub (which can also connect to sensing devices and/or keypads). The Hub receives video and/or audio signals through Wi-Fi or PowerG wireless, which is a wireless local area network. For |

<table>
<tr><th>Claim</th><th>DSC Panel</th></tr>
<tr><td>receiving a signal from the wireless local area network;</td><td>example, the Hub receives signals regarding weather forecast. For another example, the Hub receives signals for "two-way audio" through the wireless local area network.<br><br>Using the message center<br><br>Access your message center by touching the envelope icon in the upper right corner. When it is open, you see three sections: Contact, Alerts/Alarms, and Messages.<br><br><br><br><br>Table 11: Message Center<table><tr><th>Section</th><th>Description</th></tr><tr><td>Contact</td><td>Access your service provider contact information including phone number, email and website.</td></tr></table><br>Sources:<br>- DSC IQ Pro User Guide, p. 23</td></tr>
<tr><td>10i10i performing a conversion of the signal by a converter to accommodate production of a corresponding information content, the signal comprising a compressed signal; and</td><td>The Hub receives compressed signals that are converted by a converter (e.g., Two-Way Audio Module, which acts as a hardware/software converter) for production of corresponding information content (e.g., playing audio through speaker).</td></tr>
</table>

| Claim | DSC Panel |
|---|---|
| | **PowerSeries**<br>PowerSeries Control Panels have a proven reputation for providing the value and dependability that security professionals demand. The modular design of the PowerSeries Control Panels provides even more value-added features including support for CO detectors, an automatic synching feature to reduce install time and the flexibility of different alarm reporting paths.<br>• 2-way audio<br>• 1 time use code<br>• Keypad lockout<br>• Programmable false alarm reduction features including audible exit delay and fault, quick exit, automatic arm/disarm, programmable bell delay timer, etc<br>• Local and remote downloading<br>• Programmable Daylight Savings Time<br>• Automatic CID<br>• Alternate communicator call routing via GPRS and IP<br>• Automatic Contact ID over GPRS<br>• Automatic Sync for alternate communicators<br>• Template programming<br><br>Sources: DSC Catalog 2020, p. 28 – "Two-Way Audio" |
| 10j10j decompressing the compressed signal by a decoder, the conversion comprising said decompressing the compressed signal by the | The audio signals are compressed signals (e.g., audio for two-way voice verification over PSTN or cellular) which are decompressed by a decoder included in the converter. For example, the audio signals received by the Hub from the wireless local area network are compressed (for efficient transmission over cellular) and require decompression of the audio signals for the corresponding audio content to be played. For another example, the "two-way audio" signals are also compressed for cellular network and wireless local area network transmission for efficient bandwidth usage and for maintaining high-quality communication. |

| Claim | DSC Panel |
|---|---|
| decoder, the decoder included in the converter. | PowerSeries<br>PowerSeries Control Panels have a proven reputation for providing the value and dependability that security professionals demand. The modular design of the PowerSeries Control Panels provides even more value-added features including support for CO detectors, an automatic synching feature to reduce install time and the flexibility of different alarm reporting paths.<br>• 2-way audio<br>• 1 time use code<br>• Keypad lockout<br>• Programmable false alarm reduction features including audible exit delay and fault, quick exit, automatic arm/disarm, programmable bell delay timer, etc<br>• Local and remote downloading<br>• Programmable Daylight Savings Time<br>• Automatic CID<br>• Alternate communicator call routing via GPRS and IP<br>• Automatic Contact ID over GPRS<br>• Automatic Sync for alternate communicators<br>• Template programming<br><br>Sources: DSC Catalog 2020, p. 28 – "Two-Way Audio" – performs conversion of compressed signals. |

- https://www.dsc.com/index.php?n=products
- DSC Catalog 2020 (DSC_Catalog all product_2020_cs_may27_en.pdf)

- IQ Pro User Manual (29011119R002_EN.pdf)

| Claim | DSC Panel |
|---|---|

- DSC Connect Smartphone App Overview
- Tyco Touchscreen User Guide