# CLAIM 102 OF U.S. PATENT NO. 11,109,094 B2

**Accused Product: Johnson Controls Illustra Camera Series (e.g. Pro Gen 4 Bullet, Mini-Dome, PTZ, LPR models)**

| Claim Element | Illustra Cameras |
|---|---|
| 102. A method comprising: | Johnson Controls provides a security system comprising Illustra video cameras (e.g. Pro Gen 4 Bullet, Mini-Dome, PTZ, and LPR models) and the Illustra Tools mobile application. The system performs a method comprising the following steps. The accusing product is referred as "Illustra Camera or Camera". |
| a) providing communications through a network communication channel of a wireless local area network; | The Illustra camera provides communications through a wireless local area network (WLAN).<br>Source: Illustra Pro Gen4 Installation and Configuration Guide, p. 167 – "The Wi-Fi option allows wireless configuration of the camera at the point of install in conjunction with the Illustra Tools app (Illustra Wi-Fi dongle required). Note: Illustra Tools App available on Android and IOS App stores."<br><br>Additional Support: "Supported Protocols: TCP/IP, IPv4, IPv6, TCP, UDP, HTTP, FTP, DHCP, RTP, RTCP, RTSP, TLS" – all required for wireless LAN communication.<br><br>Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#167 |
| b) providing configured data in initiating | The Illustra Tools mobile application (available on iOS and Android) sends a configured data package from a cellular phone to the camera containing WLAN information (SSID, password, or network settings) to initiate the camera's connection to the wireless network. |

| Claim Element | Illustra Cameras |
| --- | --- |
| communications that are directed to a wireless device, the configured data comprising information regarding the wireless local area network; wherein the configured data is provided via a cellular phone; | **Wi-Fi**<br><br>The Wi-Fi option allows wireless configuration of the camera at the point of install in conjunction with the Illustra Tools app (Illustra Wi-Fi dongle required).<br><br>**Note:**Illustra Tools App available on Android and IOS App stores.<br><br>**Procedure 182 Enable wireless configuration of the camera**<br><br>**Step** **Action**<br><br>1 Select **Setup** on the Web User Interface banner to display the setup menus and then select **Network**.<br><br>2 Select **Wi-Fi** from the **Network** menu.<br><br>3 Check the **Enable USB** check box to enable WIFI configuration.<br><br>**Note:**The Illustra Tools app can now connect to the camera using the IP address 10.181.182.1 or by scanning the QR code shown or on the product packaging.<br><br>**Note:**USB will be enabled for 1 hour after the camera is powered from a factory reset. After 1hr, Wi-Fi will be disabled and will require a factory reset to re-enable. Illustra Wi-Fi dongle must inserted in camera for Wi-Fi access.<br><br>Source: Illustra Pro Gen4 Installation Guide, p. 167 – "The Illustra Tools app can now connect to the camera using the IP address 10.181.182.1 or by scanning the QR code."<br><br>Link: https://illustracameras.com/wp-content/uploads/2024/08/QSG-PG4-LPR-Dome_A16382HD4C_A.en_.pdf |

| Claim Element | Illustra Cameras |
|---|---|
| c) communicating information regarding an alert to a mobile phone, at least one of a sound, a light, or a text notifying a need of an action associated with the alert; and | The Illustra camera communicates event alerts to a mobile phone, e.g. audible push notifications (sound), visual app alerts (light), or text-based notifications. |

Illustr`a PG4 Release Notes

## Multicast

Multicast streaming is a one-to-many relationship between a camera and the clients receiving the stream. With a multicast stream, the server streams to a multicast IP address on the network, and clients receive the stream by subscribing to the IP address.
User can configure the Multicast via camera GUI or iAPI, on VideoEdge Camera configuration. The feature was released specifically to integrate with VideoEdge 5.1 Failover.

## VENVR TrickleStor Integration / Offline Record Settings

When you configure the Offline Record Settings feature and once it detects a loss of connection with the recorder, it sends the video stream to the SD card within the unit. This satisfies the loss of video and continues recording. Once the recorder is back online the camera initiates sending recorded video from the SD card to the recorder. The maximum time recording during the outage depends on the SD card and the recorded stream you selected. If the SD reaches full capacity, it deletes video from earliest recording to latest recording. This feature integrates with the VE NVR 5.0 and above. At present this feature is limited to only support Codec: H264 and H264+ Intellizip.
**Note:** TrickleStor integration is not supported under HTTPS connection, please use "both" or HTTP only when integrating with this feature.

## Enhanced security & DIO (alarm in & alarm out) and Edge Analytics Alarm & Metadata Stream

Camera Firmware will automatically set Stream Metadata Transport to Secure HTTPS streaming when Enhanced Security is selected.

Some recent Integration can support this configuration and will provide a full secure connection including the metadata streams, other integration, while camera is in Enhanced Security Mode still require the user to manually enable "Video over HTTP" in GUI: Setup/ Security/Remote Access or Manage the Video over HTTP setting Via GUI Setup/Security Status page. Information should be available on Integrations documentation.

## ONVIF Events generated for camera Analytics

The camera firmware will now support notification of on-board events via ONVIF alerts:
ONVIF events will show alerts generated by the on-board analytics Motion Detection, Blur Detection, Face Detection, DIO status changes. Health stats will also be sent out periodically on the ONVIF events stream.

| | |
|---|---|
| License plate detection | No |
| AI Person Counting | Yes |
| AI Privacy Mask | Yes |
| Higher compression quality ROI | Yes |
| Video Intelligence | No |
| AI Object classification | Yes |
| Defog | Yes |
| TWDR (multi exposure) | Yes |
| Local storage | Micro SD & SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| User account access levels | Virtually unlimited user accounts, with Admin, Operator, and User levels |
| Enhanced Security | Enhanced Security Feature Provides: One-Click Security Hardening, User Access Log, Validates Complex Credentials, Disables Unused Protocols, Video Over HTTPS |
| IntelliZip® | Advanced H.264 & H.265 modes |
| Offline recording | Yes |
| Micro USB - Wifi con-figuration | Yes |
| **Event alarms** | |
| Event triggers | Motion Detection, Tamper &Blur Detection, , Face Detection, AI Object clas-sification, Alarm Input, Tamper Switch, Network Loss, Temperature |
| Pre-alarm recording | Pre & Post Buffer 1-10 Sec |
| Event actions | Record to SD card / Snapshot / SMTP e-mail file transfer / FTP file transfer / CIFS / Auxiliary output / Audio clip playback / SIP Call / LED Illuminator |
| Alarm input | Two; Max 6V (High)/0.6V(LOW) |
| Auxiliary output | 30V (Peak AC)/1A,NC/NO; PotoMOS Relay |
| Tamper switch | Yes (Alarm input 2) |
| **IO Interfaces** | |
| SD card | Micro SD/SDHC/SDXC slot up to 2TB; Class 10 or higher; Card not included. |
| Alarm inputs | 1 + 1 Tamper Switch |
| Auxiliary outputs | 1 |
| Video output | No |
| IP Connector | RJ45 |

<table>
<tr><th>Claim Element</th><th>Illustra Cameras</th></tr>
<tr><td></td><td>
Source: Illustra Pro Gen 4 LPR Dome and Bullet Cameras Release Notes, Page, 9<br>
Illustra Pro Gen4 Installation and Configuration Guide Page: 212, 214<br>
The Illustra Pro Gen4 camera supports user access control with up to 5 simultaneous users, each with unique credentials. The User Access Log tracks user activity, confirming that individual user identifiers are associated with camera access.<br>
Further, the Wi-Fi onboarding process  links a camera QR code (representing a unique camera identifier) directly to the Illustra Tools App running on a mobile device (representing a user terminal identifier).
<table>
<tr><td>Authentication and security</td><td>TLS - RFC5246 v1.2 HTTPS (HTTP over TLS) - RFC2818 WS-Security Certificate Management Multi-level password protection IP address filtering HTTPS encryption Enhanced Security Feature Supports: One-Click Security Hardening, User Access Log, Validate Complex Credentials, Disabling Unused Protocols IEEE 802.1x includ-ing: PEAP, EAP-TLS, EAPoL</td></tr>
<tr><td>Users</td><td>5 simultaneous users</td></tr>
</table>
Sources: Illustra Pro Gen4 Installation and Configuration Guide<br>
- p. 213: "Multi-level password protection, User Access Log, Validate Complex Credentials" and "Users: 5 simultaneous users"<br>
- p. 167: "The Illustra Tools app can now connect to the camera using the IP address 10.181.182.1 or by scanning the QR code shown or on the product packaging"<br>
- https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#213<br>
- https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#167
</td></tr>
</table>

| Claim Element | Illustra Cameras |
|---|---|
| d) communicating identification information corresponding to the alert; wherein a device identifier corresponding to the wireless device is stored in association with a user account; and wherein the identification information associated with the alert is stored in association with a unique phone identifier of the mobile phone in the user account. | The Illustra Camara system stores device identifiers (Host ID, MAC address, Serial Number, QR code) in association with a user account, which is accessed via a unique phone identifier (mobile app credentials). The User Access Log tracks all user activity.<br>During camera enrollment, the Illustra Tools application associates a camera-specific identifier (QR code, MAC address, or Serial Number) with a particular mobile device and authenticated user session. The system supports user authentication, user access logs, and credential-based access control. The onboarding process therefore associates camera identification information with the authenticated user account and the mobile device used during enrollment. |

<table>
<tr><th>Claim Element</th><th>Illustra Cameras</th></tr>
<tr><td></td><td>
Wi-Fi<br>
The Wi-Fi option allows wireless configuration of the camera at the point of install in conjunction with the Illustra Tools app (Illustra Wi-Fi dongle required).<br>
Note:Illustra Tools App available on Android and IOS App stores.<br>
Procedure 182 Enable wireless configuration of the camera<br>
Step Action<br>
1 Select Setup on the Web User Interface banner to display the setup menus and then select Network.<br>
2 Select Wi-Fi from the Network menu.<br>
3 Check the Enable USB check box to enable WIFI configuration.<br>
Note:The Illustra Tools app can now connect to the camera using the IP address 10.181.182.1 or by scanning the QR code shown or on the product packaging.<br>
Note:USB will be enabled for 1 hour after the camera is powered from a factory reset. After 1hr, Wi-Fi will be disabled and will require a factory reset to re-enable. Illustra Wi-Fi dongle must inserted in camera for Wi-Fi access.<br>
Source: Illustra Pro Gen4 Installation and Configuration Guide Page: 167 (Wi-Fi Section)<br>
Link: https://illustracameras.com/wp-content/uploads/2025/04/LRUM_PG4_Series_8200-2007-08-N.en_.pdf#167<br>
- Illustra Tools App Quick Start Guide: "Scan the QR code with the Illustra Tools app to add the device to your account."
</td></tr>
</table>

**Sources:**


- Illustra Pro Gen4 Installation and Configuration Guide (8200-2007-08 N)
- Illustra Pro Gen4 Bullet Camera Data Sheet
- Illustra Pro Gen 4 LPR Dome and Bullet Cameras Release Notes
- Quick Start Guide: Illustra Cameras Installation, Configuration & Maintenance Toolkit
- https://www.johnsoncontrols.com/security/video-surveillance/ip-cameras
- https://illustracameras.com/cameras/#environment=all~lens-length=all~series=pro
- https://illustracameras.com/cameras/pro-gen4-bullet-camera/
- https://illustracameras.com/cameras/pro-gen4-compact-camera/
- https://illustracameras.com/wp-content/uploads/2023/12/Illustra-Pro-Gen4-Bullet-Datasheet.pdf