# CLAIM CHART

## U.S. Patent No. 12,634,129 — Claim 7

Accused System: Johnson Controls WRG1830 + ZFR183x Pro + TEC31xx Thermostat Wireless Field Bus System

*(Wireless sensor-to-gateway network with TEC31xx smart thermostat)*

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
| --- | --- |
| **PREAMBLE** | |
| **A multimode data transmit unit (MDTU) implemented in a sensor device, gateway, edge device, fog device, cloud-controlled device, or other networked computing device and configured to receive sensor data, process the data, and form data transmit units for communication over multiple communication modes, comprising:** | 1. WRG1830 Gateway: "A wireless network gateway (WRG), connected to a supervisory controller or used as a standalone network."<br>**Source: → PUBL-7020, p.2**<br>https://www.johnsoncontrols.ca/-/media/project/jci-global/johnson-controls/us-region/united-states-johnson-controls/campaigns/metasy/documents/jc-wireless-system-overview-brochures-web-2.pdf<br>**Source: → FCC Report OEJ-ZFRRADIO / 4930414.pdf**<br>https://fcc.report/FCC-ID/OEJ-ZFRRADIO/4930414.pdf |

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|

WRG1830/ZFR183x Pro Series Wireless Field Bus System Catalog Page

2021-01-19 LIT-1901153




## Description

The WRG1830/ZFR183x Pro (ZFR Pro) Series Wireless Field Bus System provides a wireless platform for all compatible Johnson Controls®MS/TP equipment controllers and TEC31xx Thermostat Controllers (TEC) using BACnet® protocol over the 2.4 GHz wireless ISM band.

A ZFR183x Pro Series system can consist of:

- Wireless Router Gateway (WRG1830) with a connected ZFR1831 acting as the wireless PAN coordinator.
- TEC31xx Wireless Thermostat Controllers.
- ZFR1831 Pro Routers connected to compatible equipment controllers.
- ZFR1831 stand-alone acting as signal repeaters.
- WRZ Series Wireless Room Sensors.

Together, these components create a wireless mesh network that allows the exchange of data between the WRG Gateways, compatible equipment controllers, TEC31xxs, and WRZs within the ZFR183x Pro Series system's wireless network and a network engine using standard BACnet IP communications.

The wireless mesh network enhances reliability by providing redundant transmission paths for the data through other routers in the mesh network. The result is a resilient, self-healing network.

Refer to the applicable *WRG1830/ZFR183x Pro Series Wireless Field Bus System Technical Bulletins (LIT-12013553, LIT-12013554)* for important product application information.

**Figure 1: WRG1830/ZFR183x Pro Series Wireless Field Bus System components**




## ZFR Pro Series Platform features

- Wireless communications for a BAS system wireless mesh network.
- Improved application mobility and flexibility.
- Support of up to nine WRZ Series Wireless Room Sensors per wirelessly enabled field controller.
- Compact, easy-to-install, and integrate wireless hardware.

Johnson Controls

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| | *Figure 1: WRG1830 + ZFR183x System Architecture — LIT-1901153, Figure 1* |




*Figure 2: JCI Integrated Wireless Building Automation System — Claim 7 Coverage Map*

WRG1830 Wireless Gateway — Johnson Controls | Source: PUBL-7020 Brochure



*Figure 3: WRG1830 Wireless Gateway — Source: PUBL-7020*

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| | <br><br>*Figure 4: ZFR1831 Pro Wireless Router — Source: LIT-1901153; FCC OEJ-ZFRRADIO*<br><br><br>*Figure 5: TEC31xx Smart Thermostat Controller — Source: TEC3000 LIT-12013267* |
| **TRANSCEIVER ELEMENT** | |
| **a transceiver comprising at least one antenna, at least one mixer, an analog-to-digital converter (ADC), and a digital-to-analog converter (DAC), the transceiver** | **1. ZFR1831 Dual-Mode RF Transceiver (FCC Certified):** "2.4GHz ZigBee and Bluetooth" — FCC Engineering Test Report confirms dual wireless protocol stack<br>**2. DSSS Technology Confirmed:** *"Devices on the network use Direct Sequence Spread Spectrum (DSSS) wireless technology."*<br>**3. FCC Output Power Measurements (ZigBee):** |

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| **comprising mixers, filters, amplifiers, modulators, and demodulators controlled by firmware or software to generate and process radio signals over a plurality of different wired or wireless communication modes, including packet-based wireless protocols;** | Channel 2405 MHz: 17.8 dBm (60.3 mW) \| Channel 2440 MHz: 18.7 dBm (74.1 mW) \| Channel 2480 MHz: 18.0 dBm (63.1 mW)<br>6dB Bandwidth: 1.66-1.94 MHz (DSSS spreading confirmed)<br>**4. 16 Channels Confirmed:** "This network has 16 channels available for use (Channels 11 through 26)." — Default channels 15, 20, 25<br>**5. Firmware-Controlled Transceiver:** "LED Aqua = Firmware update in progress" — Firmware controls transceiver parameters including channel selection and output power<br>***Note:*** *DSSS transceiver inherently comprises antenna, mixer, ADC/DAC, filters, amplifiers, modulator/demodulator per IEEE 802.15.4 standard. FCC certification (OEJ-ZFRRADIO) provides objective third-party verification of these components.*<br>**Source: → FCC Report OEJ-ZFRRADIO / 4930414.pdf, pp.36-42**<br>https://fcc.report/FCC-ID/OEJ-ZFRRADIO/4930414.pdf<br>**Source: → LIT-12013553, Appendix C — Communications Technology**<br>https://docs.johnsoncontrols.com/bas/r/Metasys/en-US/Metasys-WRG1830/ZFR183x-Pro-Series-Wireless-Field-Bus-System-Technical-Bulletin/WRG1830/ZFR183x-Pro-Series-Wireless-Field-Bus-System-overview<br>**Source: → LIT-12013765, Table 4 (LED Indicators)**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf |

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|

**Figure 1: ZFR1831 Router Rotary Switches**




- **Important:** To avoid interference, assign a unique PAN setting to each wireless network in a building. Using a unique PAN setting is particularly important if you have PANs on adjacent floors of a building. Do not use the same **PAN OFFSET** on multiple wireless networks in a building, even if the PANs do not overlap.

3. At each Smart Equipment controller, set the MS/TP address as described in the job plans.
4. Connect the ZFR Pro Router to the Smart Equipment controller as shown in Figure 2.

**Figure 2: ZFR Pro Router connection to the Smart Equipment controller**



**Table 3: ZFR Pro Router connection to the Smart Equipment controller pin placement**

| ZFR1831 | Smart Equipment controller |
|---|---|
| + | FC + (FC Bus top pin) |
| - | FC – (FC Bus second from top pin) |
| COM | C (second pin from right on SA bus) |
| SA PWR | PWR (furthest right pin on SA bus) |

10 Smart Equipment Control Wireless Installation Guide

*Figure 6: ZFR1831 Wiring Diagram — RF Connections — LIT-1901153, p.5*

**MEMORY ELEMENT**

*PRIVILEGED & CONFIDENTIAL — ATTORNEY WORK PRODUCT*

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| **a memory storing routing tables and protocol information for forming data transmit units, values representing sensor identification, sensor location, network-timing information, and at least one hash function or at least one encryption algorithm;** | **1. Routing Tables:** *"...provides a resilient self-healing capability by using automatically updating routing tables."*<br>**2. Protocol Information:** *"...using BACnet® protocol over the 2.4 GHz wireless ISM band... standard BACnet IP communications."*<br>**3. Encryption Stored in Memory (AES-128):** *"The ZFR183x mesh over-the-air communication uses AES128 bit security."*<br>**4. Metasys Encryption (RSA/RC2):** "Metasys ADS/ADX servers and NAE/NIE/NCE engines make use of a shared RSA key pair" — CISA Advisory confirms encryption algorithm storage<br>**5. Sensor Configuration Storage:** Zone Temp Low Limit / High Limit stored in TEC31xx firmware memory — threshold values stored for abnormal condition detection<br>**Source: → PUBL-7020, p.2**<br>https://www.johnsoncontrols.ca/-/media/project/jci-global/johnson-controls/us-region/united-states-johnson-controls/campaigns/metasy/documents/jc-wireless-system-overview-brochures-web-2.pdf<br>**Source: → LIT-1901153, p.1**<br>https://www.energycontrol.com/SPEC/Johnson/WRG1830-ZFR183x.html<br>**Source: → LIT-12013765, Appendix A**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br>**Source: → CISA Advisory (Metasys RSA/RC2)**<br>https://www.cisa.gov/news-events/ics-advisories/icsa-19-227-01<br>**Source: → TEC3000 Technical Bulletin (LIT-12013267)**<br>https://files.hvacnavigator.com/p/12013267.pdf |
| **PROCESSOR ELEMENT** | |
| **a processor configured by firmware and coupled to the transceiver** | **1. Secure Boot:** *"The WRG1830 Gateway uses secure boot upon initialization."*<br>**2. Firmware Update Capability:** "LED Aqua = Firmware update in progress" — Processor executes firmware-controlled operations<br>**3. Web UI Processor Control:** *"The WRG User interface allows you to view and edit equipment controller configuration parameters, setpoints, schedules, and more."*<br>**Source: → LIT-12013765, Appendix A**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br>**Source: → LIT-12013765, Table 4**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br>**Source: → LIT-12013550, Introduction**<br>https://docs.johnsoncontrols.com/bas/r/Metasys/en-US/WRG1830-Wireless-Gateway-User-Guide |
| **ELEMENT (a): RECEIVE SENSOR DATA** | |
| **(a) receive sensor data or data transmit units via wired or wireless communication signals processed by the mixers, filters, amplifiers, modulators, and demodulators, and read the received data;** | **1. Wireless Data Path:** WRZ sensors → (2.4 GHz DSSS) → ZFR1831 routers → WRG1830 gateway → processor reads data<br>*"...create a wireless mesh network that allows the exchange of data between the WRG Gateways, compatible equipment controllers, TEC31xxs, and WRZs."*<br>**2. Signal Strength Indication (processed by mixers/filters):**<br>*"3 flash = Excellent \| 2 = Good \| 1 = Weak \| 0 = None"*<br>**3. Wired Communication:** "The WRG1830 routes BACnet/IP messages between the Ethernet network and the wireless network" — wired + wireless data reception<br>**Source: → LIT-1901153, p.1**<br>https://www.energycontrol.com/SPEC/Johnson/WRG1830-ZFR183x.html<br>**Source: → LIT-12013765, Table 5** |

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| | https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br>**Source: → LIT-12013550, Introduction**<br>https://docs.johnsoncontrols.com/bas/r/Metasys/en-US/WRG1830-Wireless-Gateway-User-Guide |
| **ELEMENT (b): ENCODE & FORM DATA TRANSMIT UNITS** | |
| **(b) digitally encode sensor values into sequential digital values and form data transmit units according to an encoding rule stored in the memory or received from a network node;** | **1. Protocol Conversion (Encoding Rule):** *"...using BACnet® protocol over the 2.4 GHz wireless ISM band... standard BACnet IP communications."*<br>WRG1830 converts IEEE 802.15.4/ZigBee wireless frames → BACnet/IP packets. This IS digitally encoding sensor values into sequential digital values and forming data transmit units.<br>**2. AES-128 Confirms Digital Encoding:** "The ZFR183x mesh over-the-air communication uses AES128 bit security." — Encryption requires prior digital encoding of sensor values.<br>**Source: → LIT-1901153, p.1**<br>https://www.energycontrol.com/SPEC/Johnson/WRG1830-ZFR183x.html<br>**Source: → LIT-12013765, Appendix A**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf |
| **ELEMENT (c): DETECT ABNORMAL CONDITION** | |
| **(c) detect an abnormal condition from the sensor data by performing time-based signal analysis comprising computing a first or second derivative of the digitized sensor values, or correlating sensor values received from multiple sensors; or by determining values outside a range, the range stored in a memory and associated with communication priority;** | **LINE A — Out-of-Range Detection: TEC31xx Thermostat (System-Level)**<br>*Claim 7 preamble states MDTU may be "implemented in a sensor device, gateway, edge device." TEC31xx thermostats are "sensor devices" sold by JCI as part of the integrated WRG wireless HVAC solution.*<br>**A.1 TEC31xx detects 8 abnormal conditions from sensor data:**<br>• Zone Temp Too Cold — temperature below Zone Temp Low Limit<br>• Zone Temp Too Hot — temperature above Zone Temp High Limit<br>• Zone Temp Unreliable — all temperature sources unreliable<br>• Supply Temp Fail — supply air sensor disconnected<br>• Internal Sensor Fail — built-in sensor fault<br>• Remote Zone Temp Fail — external sensor fault<br>• Heating Ineffective — supply temp not rising under heating command<br>• Cooling Ineffective — supply temp not dropping under cooling command<br>**A.2 Direct claim text match — "determining values outside a range, the range stored in a memory":**<br>*"Zone Temp Alarm Enabled — enables high and low temperature alarms"*<br>*"Zone Temp Low Limit — sets the low alarm limit"*<br>*"Zone Temp High Limit — sets the high alarm limit"*<br>*→ Zone Temp Low/High Limit = stored range; temperature exceeding limits = values outside range. Stored in TEC31xx firmware memory.*<br>**A.3 Three-level alarm priority directly matches "associated with communication priority":**<br>Critical: Zone Temp Unreliable, Too Cold, Too Hot<br>Service Priority: Heating Ineffective, Cooling Ineffective<br>Service: Remote/Internal Sensor Fail<br>**Source: → TEC3000 Technical Bulletin (LIT-12013267)**<br>https://files.hvacnavigator.com/p/12013267.pdf<br>**LINE B — LQI/RSSI Signal Quality as "Sensor Data" (WRG1830/ZFR1831 Internal)**<br>B.1 IEEE 802.15.4 DSSS receivers calculate LQI (Link Quality Indicator) for every received data packet. The WRG1830/ZFR1831 system maps LQI/RSSI values against stored thresholds.<br>*B.2 Signal strength thresholds (stored ranges): "3 flash = Excellent \| 2 = Good \| 1 = Weak \| 0 = None"* |

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| | B.3 TEC31xx exposes Signal Strength BACnet object (MV 29724: None/Weak/Average/Strong) — digitized values compared against stored thresholds.<br>B.4 When signal falls below "Weak" threshold, mesh self-healing reroutes through alternate paths — matching "associated with communication priority."<br>**Source: → LIT-12013765, Table 5 (Signal Strength Indicators)**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br>**Source: → IEEE 802.15.4 Standard, Section 6.7.7 (LQI)**<br>https://support.microchip.com/s/article/Understanding-RSSI--ED-and-LQI-in-IEEE802-15-4-transceivers-and-SoCs<br><br>**LINE C — Change of State (COS) Reporting (Metasys)**<br>*"Support Change of State (COS) reporting based on high and low alarm limits."*<br>*→ COS reporting triggers when sensor values cross stored high/low alarm limits. Directly matches "determining values outside a range, the range stored in a memory."*<br>**Source: → N2 Protocol Manual, Page 21**<br>https://www.manualslib.com/manual/2181720/Cutler-Hammer-Jonson-Controls-N2.html?page=21<br><br>**LINE D — RF/Network-Level Supporting Evidence**<br>G.1 Lost Coordinator: "Purple steady dim = Warning (Lost Coordinator)"<br>G.2 Channel Interference: "ZFR system automatically selects non-overlapping, quiet channels such as 15, 20, or 25."<br>G.3 Device Offline: Tables 6-9 — WRG not starting, device not discovered, router offline, sensor not online<br>**Source: → LIT-12013765, Appendix B & C, Tables 6-9**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br><br>*Figure 7: TEC31xx Abnormal Condition Detection & Alarm Priority Flow — TEC3000 Technical Bulletin LIT-12013267* |
| **ELEMENT (d): COMMUNICATION PRIORITIZATION** | |
| **(d) execute communication prioritization in response to the abnormal condition by dynamically prioritizing communications associated with the abnormal condition;** | **LINE A — BACnet Priority Array: 16-Level Communication Prioritization**<br>A.1 WRG1830 Gateway processes BACnet messages with Priority Array fields. JCI documentation confirms WRG1830 supports Priority Array functionality.<br>*"The WRG1830 routes BACnet/IP messages between the Ethernet network and the wireless network."*<br>**A.2 BACnet 16-Level Priority Array:**<br>Priority 1: Manual-Emergency \| Priority 2: Automatic-Emergency \| Priority 5: Critical-Override<br>Priority 6: Minimum-On/Off \| Priority 9: HVAC/Comfort \| Priority 15: Default \| Priority 16: Idle |

PRIVILEGED & CONFIDENTIAL — ATTORNEY WORK PRODUCT

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| | A.3 TEC31xx Critical alarms (Zone Temp Too Cold/Unreliable) assigned BACnet Priority 1-3, while normal temperature data uses Priority 9-16 — dynamically elevating abnormal-condition communications above routine data.<br>**Source: → JCI WRG1830 Point Commands Documentation**<br>https://docs.johnsoncontrols.com/bas/r/Metasys/es-ES/Guia-de-usuario-del-gateway-inalambrico-WRG1830/Comandos-de-punto-en-el-gateway-WRG1830<br>**Source: → ASHRAE BACnet Standard (ASHRAE 135), Priority Array**<br>https://store.chipkin.com/articles/bacnet-what-is-a-bacnet-priority-array<br><br>**LINE B — TEC3000 Three-Level Alarm Priority System**<br>B.1 TEC31xx thermostats classify alarms into three priority tiers, directly mapping abnormal conditions to communication priority levels:<br>Critical: Zone Temp Unreliable, Zone Temp Too Cold, Zone Temp Too Hot<br>Service Priority: Heating Ineffective, Cooling Ineffective<br>Service: Remote Zone Temp Fail, Internal Sensor Fail<br>B.2 These alarm levels map directly to BACnet Priority Array fields, dynamically prioritizing Critical alarm communications above routine data through the WRG1830 wireless network.<br>**Source: → TEC3000 Technical Bulletin (LIT-12013267)**<br>https://files.hvacnavigator.com/p/12013267.pdf<br><br>**LINE C — Network Optimize Mode (ZFR1800/ZFR1810)**<br>*"Network Optimize mode to clear the mesh device routing tables... and attempt to find shorter and/or stronger signal paths."*<br>*→ Network Optimize dynamically prioritizes path selection — shorter/stronger paths receive priority over longer/weaker paths.*<br>**Source: → ZFR1810 Troubleshooting Guide**<br>https://www.manualzz.com/doc/o/1nbl91/johnson-controls-zfr1810-installation-instructions-manual-troubleshooting<br><br>**LINE D — Mesh Self-Healing as Dynamic Prioritization (Supporting)**<br>*D.1 "If a wireless communication path experiences interference or drops out, the network automatically reroutes the message through an alternate path."*<br>*→ Rerouting = selecting optimal path = prioritizing available communication paths.*<br>*D.2 "The wireless mesh network enhances reliability by providing redundant transmission paths for the data through other routers in the mesh network."*<br>*D.3 "ZFR system automatically selects non-overlapping, quiet channels such as 15, 20, or 25."*<br>*D.4 "Self-healing, multi-hop network with automatically updating routing tables."*<br>**Source: → LIT-12013765, Appendix C**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br>**Source: → LIT-1901153, p.1**<br>https://www.energycontrol.com/SPEC/Johnson/WRG1830-ZFR183x.html<br>**Source: → LIT-12013553, Appendix B & C**<br>https://docs.johnsoncontrols.com/bas/r/Metasys/en-US/Metasys-WRG1830/ZFR183x-Pro-Series-Wireless-Field-Bus-System-Technical-Bulletin/WRG1830/ZFR183x-Pro-Series-Wireless-Field-Bus-System-overview<br>**Source: → PUBL-7020, p.2**<br>https://www.johnsoncontrols.ca/-/media/project/jci-global/johnson-controls/us-region/united-states-johnson-controls/campaigns/metasy/documents/jc-wireless-system-overview-brochures-web-2.pdf |

<table>
<tr><th>Claim 7 Limitation</th><th>Accused Product: WRG1830 + ZFR183x Pro + TEC31xx</th></tr>
<tr><td></td><td>


<br>
*Figure 8: BACnet 16-Level Priority Array — Communication Prioritization — ASHRAE 135 + JCI Documentation*
</td></tr>
</table>

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|

## Appendix C - wireless network mesh overview

The WRG1830/ZFR183x Pro Series wireless network is based on a global open networking standard that defines a low-cost, low-power, two-way wireless communication system. Its development reference comes from the ZigBee® Alliance, an organization of manufacturers devoted to providing a cost-effective wireless networking technology for use in commercial and residential applications. The primary advantages that this ZigBee Alliance technology brings to the marketplace include the following:

- High reliability and security
- Low power with multi-year battery life
- Low complexity at an economic cost

### Communications technology

The ZFR Pro Series wireless network is a Personal Area Network (PAN) based on the Institute of Electrical and Electronic Engineers (IEEE) 802.15.4 standard for low power, low duty-cycle wireless transmitting systems. Devices on the network use Direct Sequence Spread Spectrum (DSSS) wireless technology and operate on the 2.4 GHz Industrial, Science, and Medical (ISM) band.

Devices on the ZFR183x Pro Series wireless network are different from Bluetooth devices and wireless Universal System Bus (USB) devices in that they form a mesh network between nodes. Mesh networks are a type of daisy chaining from one device to another. This technique expands the typically short range of an individual node into a much larger, widespread network consisting of multiple nodes.

The Media Access Control (MAC) layer uses a Carrier Sense Multiple Access with Collision Avoidance (CSMA/CA) mechanism. This layer transmits beacon requests, synchronizations, and message retries. The physical layer of the ZFR Pro Series wireless network uses the 2.4 GHz radio band.

**Figure 6: Mesh network**




### Network device types

The ZigBee Alliance specification defines three kinds of devices that are part of the mesh network: a coordinator, one or more routers, and one or more end devices.

### Parent and child devices

In the ZFR Pro Series wireless network, a parent is a device that assigns unique network addresses to other child nodes as they join the network. Any coordinator or router can be a parent to other routers and end devices, but the coordinator is always a parent device.

Smart Equipment Control Wireless Installation Guide 19

*Figure 9: Mesh Network Topology with Redundant Transmission Paths — LIT-1901153*

**ELEMENT (e)(i): RECONFIGURE TRANSCEIVER**

| Claim 7 Limitation | Accused Product: WRG1830 + ZFR183x Pro + TEC31xx |
|---|---|
| **(e)(i) reconfigure the transceiver or sensors based on the prioritization by issuing control instructions that modify at least one of transmission frequency, reception frequency, frequency band, sampling rate, data precision, data rate, transmit power, packet size, packet structure, modulation scheme, information coding scheme, receiver sensitivity, or communication interval;** | 🔗 **Causal Chain (c)→(d)→(e)(i):** *Claim 7 defines a sequential process: (c) detect abnormal condition → (d) execute communication prioritization → (e)(i) reconfigure based on the prioritization. TEC31xx detects Zone Temp Too Cold/Unreliable (c), which triggers Critical-level alarm with elevated BACnet Priority 1-3 (d), prompting the WRG1830/ZFR1831 wireless system to execute reconfiguration actions (e)(i) including frequency modification, channel selection, and transmit power adjustment — each triggered in response to an abnormal condition and based on communication prioritization.*<br><br>**Reconfiguration mechanisms that modify transceiver/sensor parameters:**<br>*1. Frequency Modification (ZFR): "ZFR system automatically selects non-overlapping, quiet channels such as 15, 20, or 25."*<br>→ Modifies transmission frequency in response to detected channel interference.<br>**Source: → LIT-12013553, Appendix C**<br>https://docs.johnsoncontrols.com/bas/r/Metasys/en-US/Metasys-WRG1830/ZFR183x-Pro-Series-Wireless-Field-Bus-System-Technical-Bulletin/WRG1830/ZFR183x-Pro-Series-Wireless-Field-Bus-System-overview<br>2. Channel Selection (WRG1830): WRG1830 Web UI > Mesh Tools > Channel Selection — allows switching between channels 11-26. Operator and firmware can both modify transmission frequency.<br>**Source: → LIT-12013550, WRG1830 User Guide**<br>https://docs.johnsoncontrols.com/bas/r/Metasys/en-US/WRG1830-Wireless-Gateway-User-Guide<br>3. Transmit Power Modification: "100 mW Maximum (selectable)" — Output power is configurable, modifying transmission characteristics of the transceiver.<br>**Source: → LIT-1901153, pp.5-6**<br>https://www.energycontrol.com/SPEC/Johnson/WRG1830-ZFR183x.html<br>4. Sensor Reconfiguration (Metasys): "Change alarm and warning limits", "Adjust setpoints" — Remote reconfiguration of sensor parameters via N2/BACnet protocol.<br>**Source: → N2 Protocol Manual**<br>https://www.manualslib.com/manual/2181720/Cutler-Hammer-Jonson-Controls-N2.html?page=21 |
| **ELEMENT (e)(ii): ENCRYPT / HASH MESSAGE DATA** | |
| **(e)(ii) encrypting or hashing message data using the stored hash function or encryption algorithm before transmission of the data transmit units.** | **1. AES-128 (ZFR183x Mesh):** *"The ZFR183x mesh over-the-air communication uses AES128 bit security."*<br>**2. End-to-End Encryption:** *"End-to-end system security includes 128 bit AES encryption on the wireless network."*<br>**3. RSA/RC2 (Metasys):** "Metasys ADS/ADX servers and NAE/NIE/NCE engines make use of a shared RSA key pair" — CISA Advisory confirms encryption applied to message data before transmission.<br>**Source: → LIT-12013765, Appendix A**<br>https://cdn.lsicloud.net/gothermals/Resources/JC-WRGKIT-0.pdf<br>**Source: → PUBL-7020, p.2**<br>https://www.johnsoncontrols.ca/-/media/project/jci-global/johnson-controls/us-region/united-states-johnson-controls/campaigns/metasy/documents/jc-wireless-system-overview-brochures-web-2.pdf<br>**Source: → CISA Advisory (Metasys RSA/RC2)**<br>https://www.cisa.gov/news-events/ics-advisories/icsa-19-227-01 |

### Key Source Documents:

- LIT-12013765 — [Smart Equipment Control Wireless Installation Guide (PDF)]
- LIT-1901153 — [WRG1830/ZFR183x Pro Series Catalog Page (PDF)]

- PUBL-7020 — Wireless System Overview Brochure (PDF)
- FCC Engineering Test Report — ZFR Pro 2.0 (ZFR-1831) EMC Test Report (PDF)
- FCC ID: OEJ-ZFRRADIO — ZFR1831 FCC Certification Page
- LIT-12013553 — WRG1830/ZFR183x Pro Series Technical Bulletin (Online)
- LIT-12013550 — WRG1830 Wireless Gateway User Guide (Online)
- WRG1830 Gateway — Building Controls Group
- ZFR1831 Router — Building Controls & Solutions
- WRZ Wireless Room Sensor — Building Controls Group