AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| INNOVATION SCIENCES, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOHNSON CONTROLS INTERNATIONAL, PLLC <br> and <br> JOHNSON CONTROLS, INC. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  9:26-cv-80697 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

JOHNSON CONTROLS INTERNATIONAL PLC,
ONE ALBERT QUAY,
CORK, IRELAND T12 X8N6,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
202-466-3500   jzito@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____ Jun 11, 2026 _____

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| INNOVATION SCIENCES, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  9:26-cv-80697 |
| | ) | |
| JOHNSON CONTROLS INTERNATIONAL, PLLC | ) | |
| and | ) | |
| JOHNSON CONTROLS, INC. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JOHNSON CONTROLS, INC.,
> 6600 CONGRESS AVENUE
> BOCA RATON FLORIDA 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joseph J. Zito
> DNL ZITO
> 1250 Connecticut Avenue, NW, Suite 700
> Washington, DC 20036
> 202-466-3500   jzito@dnlzito.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____  Jun 11, 2026



**SUMMONS**

*s/ K. Rivers*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court